# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GERALD HESTER, etc., | ) | |
| Plaintiff, | ) ) ) | 2:09-cv-0117-RLH-RJJ |
| vs. | ) ) | |
| VISION AIRLINES, INC., | ) ) | SCHEDULING ORDER |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the following Scheduling Order is entered in this case:

## DISCOVERY

1. Discovery in this action shall be completed on or before June 29, 2010.

## MOTIONS

2. Any and all pleadings and/or motions that may be brought under the following rules shall be filed on or before March 29, 2010:

   a. Fed. R. Civ. P. 13 regarding counterclaims and cross-claims.

   b. Fed. R. Civ. P. 14 regarding third-party actions.

   c. Fed. R. Civ. P. 15 regarding amended and supplemental pleadings.

   d. Fed. R. Civ. P. 19 & 20 regarding the joinder of additional parties.

   (Note: Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Scheduling Order to be served upon the new party or parties.)

3. Disclosures specified in Fed. R Civ. P. 26(a)(2) shall be made on or before April 29, 2010, and disclosures respecting rebuttal experts shall be made on or before June 1, 2010.

4. On or before April 29, 2010, the parties shall file an Interim Status Report as required

1     by LR 26-3, stating the time estimated for trial, three alternative dates for trial, and whether or not trial will be proceeding or affected by substantive motions.

5. Dispositive motions in this matter shall be filed on or before July 29, 2010.

### EXTENSIONS OF DISCOVERY

6. An extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least **twenty (20) days** prior to the date fixed for completion of discovery by this Amended Scheduling Order or at least **twenty (20) days** prior to the expiration of any extension thereof that may have been approved by the Court. The motion or stipulation shall include:

    a. A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    b. A specific description of the discovery which remains to be completed;

    c. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d. A proposed schedule for the completion of all remaining discovery.

### PRETRIAL ORDER

7. If no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by July 29, 2010. If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

8. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 11th day of March, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge