**Ross C. Goodman, Esq., Nevada State Bar No. 7722**
**GOODMAN LAW GROUP**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-5088
(702) 385-5088 (Facsimile)

**David M. Buckner, Esq., Florida State Bar No. 60550**
**Brett E. von Borke, Esq., Florida State Bar No. 44802**
**KOZYAK TROPIN & THROCKMORTON, PA**
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800
(305) 372-3508 (Facsimile)

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VISION AIRLINES, INC., <br><br> Defendant. | Case No.: 2:09-CV-00117-RLH-RJJ |

### THE CLASS'S MOTION TO SEAL EXHIBIT 25 TO THE CLASS'S INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF THE CLASS'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Gerald Hester ("Plaintiff"), by and through undersigned counsel, hereby moves for an Order to Seal Exhibit 25 to the Class's Incorporated Memorandum of Law in Support of the Class's Motion for Summary Judgment ("Motion"). The Class is filing its Motion without Exhibit 25. The Class has moved to file this document under seal because it may contain confidential and proprietary information.

**WHEREFORE**, the Class respectfully requests that the Court enter an Order to seal Exhibit 25 to the Motion.

315251                                    1

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for the Plaintiff
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Fax: (305) 372-3508

By: /s/ David M. Buckner
    David M. Buckner
    Florida Bar No. 60550
    Brett E. von Borke
    Florida Bar. No. 0044802

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via the Court's CM/ECF system on July 29, 2010 on Harold P. Gewerter, Esq., 2705 Airport Drive, North Las Vegas, Nevada 89032.

By: /s/ David M. Buckner
    David M. Buckner

315251

**GOODMAN LAW GROUP**
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088