UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>　　　　　　Defendant. | Case No.: 2:09-cv-00117-RLH-RJJ<br><br>**O R D E R**<br><br>(Motion for Leave to Bring Technological Equipment into the Courtroom–#157) |

This cause came before the Court on the Class' Motion to Use Electronic Presentation Equipment in the Courtroom. The Court has considered the motion and finds no reason for the Class to bring in equipment that the Court already possesses. The vast majority of the equipment the class desires to bring in is already in the courtroom and may be utilized by either party. Of course, counsel may bring in their own laptops to connect to the Court's devices.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the Class' Motion for Leave to Bring Technological Equipment into the Courtroom (#157) is DENIED.

Dated: September 16, 2010

_____
ROGER L. HUNT
Chief United States District Judge

AO 72
(Rev. 8/82)