# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CASE NO.: 2:09-CV-00117-RLH-RJJ

GERALD HESTER,
on behalf of himself and
all others similarly situated,

      Plaintiff,

vs.

VISION AIRLINES, INC.,

      Defendant.

_____/

## ORDER GRANTING THE CLASS'S MOTION TO SEAL EXHIBIT 25 TO THE CLASS'S INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF THE CLASS'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiff Gerald Hester's Motion to Seal Exhibit 25 to the Class's Incorporated Memorandum of Law in Support of the Class's Motion for Summary Judgment.  Upon review of the Motion, and the Court being otherwise fully informed in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Clerk of Court is hereby ordered to file under seal Exhibit 25 to the Class's Motion for Summary Judgment, which Exhibit 25 is being filed separately under seal. This order shall remain in effect until further order of this Court.

**DONE AND ORDERED** in Chambers, at Las Vegas, Clark County, Nevada, this 16th day of September, 2010.

_____
U.S. District        Judge Hunt

Copies furnished to all counsel of record

315252