UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 2:-cv-09-117-RLH-RJJ |
| vs. | ) ) | |
| VISION AIRLINES, INC., | ) ) | O R D E R |
| Defendant, | ) ) | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Expedited Second Motion For Extension of Time (#110).

The Court having reviewed the Motion (#110), the Opposition (#111) and Exhibits (#112-115), the Reply (#117) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Expedited Second Motion For Extension of Time (#110) is **DENIED**.

DATED this   20th   day of September, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge