UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | | |
|---|---|---|
| GERALD HESTER, *etc., et al.*, | ) | |
| | ) | |
| | ) | 2:09-cv-117-RLH-RJJ |
| | ) | |
| | ) | <u>JUDGE ROGER L. HUNT</u> |
| Plaintiff(s), | ) | <u>ORDER REGARDING TRIAL</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| VISION AIRLINES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

1.  Attached  hereto is a list of the civil and criminal cases that are presently scheduled for the stacked trial calendar before the **Honorable Roger L. Hunt, Chief United States District Judge, at Las Vegas, Nevada**, commencing on **MONDAY, OCTOBER 4, 2010 at 8:30 a.m.** in Courtroom Number #6C.

2.  Counsel  for all  parties in civil and criminal cases, and all pro se parties, shall appear in Courtroom Number #6C on **WEDNESDAY, SEPTEMBER 29, 2010 at 8:45 a.m.** for Calendar Call.  Unless a party in a civil case or a defendant in a criminal case is appearing pro se, the individual parties in civil cases and defendants in criminal cases will not be required to appear for Calendar Call unless the Court directs otherwise.

3.  Counsel or their clients will be excused from Calendar Call if settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been received in a criminal case prior to the date scheduled for Calendar Call.

4.  **At Calendar Call**, all cases that remain to be tried will be ranked in order of trial.

Rev.2/02

1  The Court may also schedule a final Pretrial Conference to address outstanding issues including

2  any Motions *In Limine* that have not been previously ruled upon.  Thereafter, the Court will not

3  grant a continuance to any party absent a showing of good cause.  Unless the Court otherwise directs,

4  the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the

5  Courtroom Administrator.

6          5. **CHANGE OF PLEA HEARINGS IN CRIMINAL CASES**.  Hearings for the purpose

7  of **change of plea** in criminal cases will be set for **CALENDAR CALL** unless otherwise set.  It

8  shall be the joint responsibility of counsel for Plaintiff United States and for the Defendant to ensure

9  that the original plea agreement is delivered to Courtroom Administrator,  and a copy faxed to

10  chambers at 464-5531 by 4:00 p.m. on the day prior to when the plea of guilty or nolo contendere

11  is to be taken.  It shall further be the responsibility of counsel for Plaintiff United States to ensure

12  that any necessary Produce Orders or Writs of Habeas Corpus Ad Prosequendum are timely

13  delivered to the United States Marshal to ensure the presence of all in-custody defendants for change

14  of plea, and to ensure proper notification for the attendance of any court interpreter which may be

15  required for the particular case.

16          6. **WITNESSES**.  Counsel and any parties appearing pro se, shall immediately subpoena

17  all witnesses for the time and trial date as listed above.  Inasmuch as some cases will be tried in a

18  trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses

19  to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not

20  required to be present at the Calendar Call.

21          7. **USE OF EVIDENCE DISPLAY EQUIPMENT**.  Counsel wishing to utilize the court's

22  evidence display equipment must contact the Courtroom Administrator ***prior to Calendar Call*** to

23  determine its availability and to arrange for training, if needed.

24          8**. EXHIBITS**.  **At Calendar Call**, any party appearing pro se shall file with the Courtroom

25  Administrator in every civil and criminal case, *a complete exhibit list of all exhibits that are intended*

26  *to be used during the trial.*  **No later than Noon (12:00 p.m.) on the day of Calendar Call** *counsel*

27  *shall electronically file their complete exhibit list.  Numerals* shall be used to identify all exhibits.

28  Plaintiff's exhibits shall be marked 1 through 500.  Defendant's exhibits shall be marked 501 through

1   1000.   The exhibits list format shall conform to the requirements of the form provided by the

2   Courtroom Administrator or obtained from the Court's website *www.nvd.uscourts.gov.*

3   ***Each exhibit shall be pre-marked with an exhibit sticker.***   In any case which involves fifteen

4   or more document exhibits, the pre-marked exhibits shall be placed in a loose-leaf binder behind a tab

5   noting the number of each exhibit and each exhibit shall be pre-marked with an exhibit sticker.   The

6   binder shall be clearly marked on the front and side with the case caption and number and the sequence

7   of exhibits.  If oversized binders are used, the holes in the documents shall be large-sized so that the

8   pages may be easily turned.  At the commencement of trial, counsel shall provide the Courtroom

9   Administrator with the binder containing the exhibits and a courtesy set for the trial judge. *If it is*

10  *necessary to use more than three binders, the party shall contact the Courtroom Administrator **prior***

11  ***to Calendar Call for additional directives.***

12      9. **PROPOSED JURY VOIR DIRE QUESTIONS**.  **At Calendar Call**, any party appearing pro se

13  shall file with the Courtroom Administrator  an original and one copy of any proposed jury voir dire questions

14  which they request the Court to pose to prospective jurors at the time of jury selection.  **No later than Noon**

15  **(12:00 p.m.) on the day of Calendar Call** *counsel shall electronically file* their proposed jury voir dire

16  questions.

17      10**.  WITNESS LISTS**.  **At Calendar Call**, any party appearing pro se shall file with the

18  Courtroom Administrator a list of witnesses expected to be called.  **No later than Noon (12:00**

19  **p.m.) on the day of Calendar Call** *counsel shall electronically file* a list of witnesses expected to

20  be called for use by the Court during jury selection.

21      11. **STATEMENT OF THE CASE.  At Calendar Call,** any party appearing pro se in a

22  civil case shall file with the Courtroom Administrator a brief statement of the case, no longer than

23  one-half page, stating the nature of the claims and offenses, to be read to prospective jurors at the

24  time of jury selection. **No later than Noon (12:00 p.m.) on the day of Calendar Call** *counsel shall*

25  *electronically file their brief statement of the case.*   In a criminal case, a copy of the Indictment,

26  indicating which portions should be read to the jury, should be submitted to the Courtroom

27  Administrator **at Calendar Call**.

28      12. **JURY INSTRUCTIONS IN CRIMINAL CASES**.  Counsel are to comply with the

1  "Order Regarding Pretrial Procedure." **No later than Noon (12:00 p.m.) on the day of Calendar**
2  **Call**, **counsel are required to electronically file proposed jury instructions  and email a copy**
3  **in WordPerfect format to chambers at RLH_Chambers@nvd.uscourts.gov**.  The parties are
4  further advised that the undersigned district judge has developed his own "stock" or "general" jury
5  instructions drawn principally from the **Manual of Model Criminal Jury Instructions for the**
6  **Ninth Circuit.** Proposed Instructions submitted by counsel  need not include the Court's "stock"
7  jury instructions.

8        13. **GOVERNMENT'S TRIAL MEMORANDUM**.  In all criminal cases, Plaintiff United
9  States shall submit its original **Government's Trial Memorandum** under seal **at Calendar Call**
10  and shall also provide a reading copy for the court.  The Government's Trial Memorandum shall be
11  served on counsel for Defendant on the date trial commences and will be unsealed and filed by the
12  Court at that time.

13        14. **JURY INSTRUCTIONS IN CIVIL CASES**.  In all civil cases to be tried before a jury,
14  counsel are required to file proposed jury instructions **no later than noon (12:00 p.m.) on the day**
15  **of Calendar Call**.  Any party appearing pro se shall file their proposed jury instructions with the
16  Courtroom Administrator *at calendar call.*  Counsel are required to *electronically file* a *joint* set of
17  agreed-upon jury instructions and form of verdict **no later than noon (12:00 p.m.) on the second**
18  **day of trial**.  To meet this requirement, the parties are required to serve their proposed jury
19  instructions upon each other at least two weeks prior to trial, and thereafter confer to arrive at a single
20  set of jointly agreed upon jury instructions.  To the extent the parties are unable to agree as to the
21  form of any particular instruction(s), each party shall also file the jury instruction(s) which are not
22  agreed upon together with the respective arguments and authorities of the parties in support thereof.
23        The parties are further advised that the undersigned district judge has developed his own
24  "stock" or "general" jury instructions drawn principally from the **Manual of Model Civil Jury**
25  **Instructions for the Ninth Circuit.** Proposed instructions submitted by counsel need not include
26  the Court's "stock" instructions.  Therefore, the efforts of the parties in preparing the jury
27  instructions in compliance with this Order should be focused on developing special jury
28  instructions which relate to the particular claims and defenses at issue as well as those relating to

1   damages and any special evidentiary matters pertinent to the case.  All proposed jury instructions

2   submitted by the parties should be concise, understandable, and <u>neutral</u> statements of law.

3   Argumentative jury instructions are improper, will not be given, and should not be submitted.

4   **Additionally, counsel shall *email a copy of all proposed jury instructions in WordPerfect***

5   ***format to chambers at* RLH_Chambers@nvd.uscourts.gov**.

6           15. **TRIAL BRIEFS, PROPOSED FINDINGS OF FACT AND CONCLUSIONS**

7   **OF LAW.**   To the extent they  have not already done so in accordance with the Court's Joint

8   Pretrial Order, any party appearing pro se shall file an original and two copies of a trial brief in all

9   civil cases **at Calendar Call**.  **No later than noon (12:00 p.m.) on the day of Calendar call,**

10  *counsel shall electronically file* their trial brief. Additionally, in all civil cases to be tried before the

11  court sitting without a jury, the parties shall electronically file proposed Findings of Fact and

12  Conclusions of Law **no later than noon (12:00 p.m.) on the day of Calendar Call**.

13          16. **EXPEDITED OR DAILY TRANSCRIPTS.** Any party that will require expedited or

14  daily transcripts shall ***notify the Court Reporter, Heather Newman, at 702-464-5828 immediately***

15  ***upon receipt of this order.* Failure to timely notify the Reporter  may result in the refusal to**

16  **provide expedited or daily transcripts.**

17          17. **SANCTIONS**.  As provided for under the Local Rules of Practice of this Court, the Court

18  will consider the imposition of sanctions against any attorney or party appearing pro se who: (1) fails

19  to timely file trial briefs, suggested voir dire questions and proposed jury instructions or proposed

20  findings of fact and conclusions of law, whichever is applicable, as prescribed by the Pretrial Order,

21  Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such

22  filings; (2) fails to comply with the provisions of this order including, but not limited to, the failure

23  to appear for Calendar Call without first having been excused by the Court or the clerk with the

24  permission of the Court; or (3) fails to timely comply with any other order that schedules deadlines

25  for trial preparation.

26          18. **TRIAL JUDGE**.  Although the cases listed on the attached trial calendar are assigned

27  to the undersigned, the cases may proceed to trial before another Nevada district judge or a visiting

28  district judge.

19. **CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE**.  All parties in civil actions are reminded of their right, subject to the approval of the undersigned, to consent to trial before a United States Magistrate Judge pursuant to Title 28, United States Code, Section 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases which will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment resulting in a trial before a magistrate judge shall be taken directly to the United States Court of Appeals.

19. **CONTACT PERSON.**  All questions and information regarding the trial calendar are to be directed to KANDY CAPOZZI, Courtroom Administrator, at 702- 464-5432.

20. **THE DATE** of the Clerk's file mark shall constitute the date of this Order.


IT IS SO ORDERED.

/S/
_____
ROGER L. HUNT, U.S. District Judge

TRIAL CALENDAR OF THE HONORABLE ROGER L. HUNT, CHIEF UNITED STATES DISTRICT JUDGE, AT LAS VEGAS, NEVADA, COMMENCING ON **MONDAY, OCTOBER 4, 2010 AT 8:30 A.M.,** WITH CALENDAR CALL SET FOR **WEDNESDAY, SEPTEMBER 29, 2010 AT 8:45 A.M.**, Courtroom 6C.

---

1.  2:07-cr-51-RLH-PAL

UNITED STATES OF AMERICA
vs.
CONNIE S. FARRIS                                    PR BOND

Jury Trial (Estimated __ Day)                63-Count Indictment:
                                             18 USC §§ 1341 & 2

**For Plaintiff:**                           **For Defendant:**
Brian Pugh, AUSA                             Shari Kaufman, AFPD
388-6336                                     388-6557

*Scheduled to Commence on 10/12/2010*

---

2.  2:09-cr-57-RLH-GWF

UNITED STATES OF AMERICA
vs.
WILLIE ALLEN DILLARD                                CUSTODY

Jury Trial (Estimated __ Day)                1-Count Indictment:
                                             18 USC §§ 922(g)(1) and 924(a)(2)

**For Plaintiff:**                           **For Defendant:**
Roger Yang, AUSA                             Richard Boulware, AFPD
388-6336                                     388-6577

---

3.  2:10-cr-268-RLH-PAL

UNITED STATES OF AMERICA
vs.
MARIO LATREVIOUS JOHNSON                            CUSTODY
aka Mario Latrevious Johnston

Jury Trial (Estimated __ Day)                1-Count Indictment:
                                             18 USC §§ 111(a)

**For Plaintiff:**                           **For Defendant:**
Bradley Giles,  AUSA                         James Hartsell, Appointed
388-6336                                     384-3132

---

**TRIAL CALENDAR**
**OCTOBER 4, 2010**                                                                **PAGE 2**

4. 2:10-cr-404-RLH-RJJ                    UNITED STATES OF AMERICA
                                          vs.
                                          ISABEL QUITERO-PALMA                   CUSTODY

Jury Trial (Estimated __ Day)                 1-Count Indictment:
                                              8 USC § 1326

**For Plaintiff:**                            **For Defendant:**
Robert Bork,  AUSA                            Raquel Lazo, AFPD
An Nguyen, AUSA                               388-6577
388-6336

***Spanish Interpreter Required***

---

2:09-cv-117-RLH-RJJ                       GERALD HESTER, *etc.*, *et al.*
                                          vs.
                                          VISION AIRLINES, INC.

Jury Trial (Estimated __ Day)                 Complaint *(Class Action)*:
                                              Unjust Enrichment *etc.*

**For Plaintiff:**                            **For Defendant:**
Ross Goodman (local counsel)                  Harold Gewerter
383-5088                                      382-1714

Kenneth Hartman
Brett von Borke
305-372-1800

David Buckner
305-442-8666

***Motions in Limine Pending***
***No Settlement Conference Scheduled to Date***

---

5.  2:09-cv-1413-RLH-GWF                   ETHAN MILLER, *etc.*
                                          vs.
                                          HRHH HOTEL/CASINO, LLC, *etc.*,  *et al.*

***SETTLED****                                Complaint:
                                              Copy Right Infringement; Breach of Contract, *etc.*

**For Plaintiff:**                            **For Defendant:**
Mark Borghese                                 Andrew Sedlock
Ryan Gile                                     650-7900
382-4804
                                              John Delikanakis / Justin Carley
                                              784-5200

***\*Awaiting Stipulation to Dismiss***