UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>                      Defendant. | Case No.: 2:09-cv-00117-RLH-RJJ<br><br>**O R D E R**<br><br>(Objection to Order of Magistrate Judge–#158) |

Before this Court is an Order (#152) entered by the Honorable Magistrate Judge Johnston regarding Plaintiff Gerald Hester's Motion to Compel (#93), filed January 20, 2010. Defendant Vision Airlines, Inc. filed their Objection to Magistrate Judge Johnston's Order (#158) on September 15, 2010 in accordance with Local Rule LR IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada.  Hester filed a Response (#160) on September 16, 2010, and this matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(A)–(C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Johnston is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Order (#152) is AFFIRMED, Vision's Objections (#158) are overruled, and Hester's Motion to Compel (#93) is GRANTED.

Dated: September 21, 2010

_____
**ROGER L. HUNT**
**Chief United States District Judge**