UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VISION AIRLINES, INC.,<br><br>　　　　　　Defendant. | Case No.: 2:09-cv-00117-RLH-RJJ<br><br>**O R D E R**<br>**TO SHOW CAUSE**<br><br>(Motion for Sanctions–#180) |

　　　　Before the Court is Gerald Hester's **Motion for Sanctions re Discovery** (#180), filed October 5, 2010.

　　　　The Court orders an expedited briefing schedule for this motion. Defendant Vision Airlines, Inc.'s response shall be filed no later than October 14, 2010. Hester's reply, then, must be filed no later than October 20, 2010.

　　　　The Court orders Vision to show cause why it should not be sanctioned. The Court believes that Vision's conduct has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Failure to

1

AO 72
(Rev. 8/82)

comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the Court's orders may result in sanctions, up to and including case-dispositive sanctions. Fed. R. Civ. P. 37(b)(2)(A); LR 4-1. The Court, then, orders a hearing on this matter for October 21, 2010. At this hearing, Vision is required to show cause why the Court should not order their answer (#47) stricken and a default judgment entered.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule will be as follows: Response due October 14, 2010, and Reply due October 20, 2010.

IT IS FURTHER ORDERED that Defendant Vision appear and SHOW CAUSE why sanction should not issue. The hearing on this matter will be held in Courtroom 6C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101 on October 21, 2010, at 3:30 PM.

Dated: October 8, 2010

_____
**ROGER L. HUNT**
**Chief United States District Judge**