1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GERALD HESTER, etc.,            )
                               )
        Plaintiff,             )        2:09-cv-117-RLH-RJJ
                               )
vs.                            )
                               )
VISION AIRLINES, INC.,         )        O R D E R
                               )
        Defendant,            )
_____)

        This matter was referred to the undersigned Magistrate Judge on Defendant Vision Airlines, Inc.'s Motion to Compel (#132).

        The Court having reviewed the Motion (#132), the Response (#133), and the Reply (#134) and good cause appearing therefore,

        IT IS HEREBY ORDERED that  Defendant Vision Airlines, Inc.'s Motion to Compel (#132) is **GRANTED IN PART AND DENIED IN PART**.

        IT IS FURTHER ORDERED that  Defendant Vision Airlines, Inc.'s Motion to Compel (#132) is **GRANTED as to Interrogatory No. 1. Further, response to Interrogatory No. 1 is due on or before October 14, 2010.**

        IT IS FURTHER ORDERED that  Defendant Vision Airlines, Inc.'s Motion to Compel (#132) is **DENIED as to Interrogatory No. 2.**

        DATED this _13th_ day of October, 2010.

                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge