HAROLD P. GEWERTER, ESQ.                    E filed:  10/15/10
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax:  (702) 382-1759
Email: harold@gewerterlaw.com
Attorney for Defendant
VISION AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>VISION AIRLINES, INC.,<br><br>        Defendant. | **CASE NO: 2:09-CV-00117-RLH-RJJ**<br><br><br>**DEFENDANT VISION AIRLINES, INC.'S SUPPLEMENT TO OPPOSITION TO THE CLASS' EXPEDITED MOTION TO ENFORCE THE COURT'S ORDERS OF SEPTEMBER 21, 2010 AND OCTOBER 5, 2010 AND FOR SANCTIONS** |

VISION AIRLINES, INC., by and through its attorney of record, HAROLD P. GEWERTER, ESQ., of the law firm of HAROLD P. GEWERTER, ESQ., LTD., respectfully submits Defendant Vision Airlines, Inc.'s Supplement to Opposition to the Class' Expedited Motion to Enforce The Court's Orders of September 21, 2010 and October 5, 2010 and for Sanctions.

/ / /

/ / /

/ / /

/ / /

/ / /

1

This Opposition shall consist of this Preamble, the following Points and Authorities and the complete files and records of this action.

DATED this 15th day of October, 2010.

HAROLD P. GEWERTER, ESQ., LTD.

_/s/ Harold P. Gewerter, Esq._
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
2705 Airport Drive
North Las Vegas, NV 89032
Attorney for Defendant
VISION AIRLINES, INC.

## POINTS AND AUTHORITIES

### I.

### FACTUAL BACKGROUND

On October 15, 2010, Defendant VISION shipped via Federal Express to Counsel for the Class the balance of its remaining discovery consisting of Bates Stamped flight logs for 2010, Bates Stamped Payroll from ADP and a letter from ADP denying Defendants request for such payroll data in native (raw) form as impossible. (See Exhibit "1" attached hereto)

This completes Defendant VISION'S production pursuant to Plaintiff's Request for Production and the later Order to Compel.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## II.

## <u>CONCLUSION</u>

For the foregoing reasons, Defendant VISION respectfully requests this Court to Deny in its entirety the Class' Motion to Enforce the Court's Orders of September 21, 2010 and October 5, 2010 and for Sanctions.

DATED this 15th day of October, 2010.

HAROLD P. GEWERTER, ESQ., LTD.

_/s/  Harold P. Gewerter, Esq._
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
2705 Airport Drive
North Las Vegas, Nevada 89032
Attorney for Defendant