HAROLD P. GEWERTER, ESQ.                                                      E-filed: 11/5/2010
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax: (702) 382-1759
E-mail: harold@gewerterlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>Defendant. | CASE NO.: **2:09-CV-00117-RLH-RJJ**<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY** |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY**

Defendant, VISION AIRLINES, INC., by and through its attorney of record, Harold P. Gewerter, Esq., of the law firm of Harold P. Gewerter, Esq., Ltd., respectfully submits the following Defendant's Opposition to Plaintiff's Supplemental Authority.

In the waning hours before trail, Plaintiff has withdrawn its jury demand. Defendant has been preparing its case for months based upon making arguments before the jury. If a party has filed a timely jury demand, other parties may rely on that demand "for the issues it covers, and need not file their own demands." *California Scents v. Surco Products, Inc.,* 406 F.3d 1102 (9th Cir. 2005). A jury demand may be withdrawn only by written stipulation by all parties. FRCP 39(a); *Fuller v. City of Oakland, Calif,* 47 F.3d 1522 (9th Cir. 1995).

If this trial had proceeded during the normal course and had the jury found liability, the jury then would have made a determination on damages.   Since the issue of damages remains in this case, there is no reason to remove this case from the jury's capable hands.

The Plaintiff misstates the status of this case by saying the Court has entered a Default Judgment—it has not, but just struck the Answer and the Clerk has entered a Default on the issue of liability only.

DATED this 5th day of November, 2010.

                HAROLD P. GEWERTER, ESQ., LTD.

                */s/   Harold P. Gewerter, Esq.*
                HAROLD P. GEWERTER, ESQ.
                Nevada Bar No. 499
                2705 Airport Drive
                North Las Vegas, Nevada 89032
                Attorney for Defendant