HAROLD P. GEWERTER, ESQ.  E-filed: 11/5/2010
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax: (702) 382-1759
E-mail: harold@gewerterlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISION AIRLINES, INC.,<br><br>    Defendant. | CASE NO.: **2:09-CV-00117-RLH-RJJ**<br><br>**DEFENDANT'S JURY DEMAND** |

**DEFENDANT'S JURY DEMAND**

Defendant, VISION AIRLINES, INC., by and through its attorney of record, Harold P. Gewerter, Esq., of the law firm of Harold P. Gewerter, Esq., Ltd., respectfully submits this Demand for Jury under Rule 38 of the Federal Rules of Civil Procedure.

DATED this 5th day of November, 2010.

HAROLD P. GEWERTER, ESQ., LTD.

    */s/   Harold P. Gewerter, Esq.*
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
2705 Airport Drive
North Las Vegas, Nevada 89032
Attorney for Defendant

1