1   HAROLD P. GEWERTER, ESQ.          E-filed: 11/5/2010
Nevada Bar No. 499

2   HAROLD P. GEWERTER, ESQ. LTD.

3   2705 Airport Drive
North Las Vegas, Nevada 89032

4   Telephone: (702) 382-1714
Fax: (702) 382-1759

5   E-mail: harold@gewerterlaw.com

6   Attorney for Defendant

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9   * * * * *

10   GERALD HESTER, on behalf of himself and   CASE NO.: **2:09-CV-00117-RLH-RJJ**
all others similarly situated,

11

12         Plaintiff,          **SPECIAL VERDICT**

13      vs.

14   VISION AIRLINES, INC.,

15         Defendant.

16

17      In calculating damages to Plaintiff, if any, the total amount paid to the Class Members for

18   hazard pay was subtracted from the total amount of payments received by Defendant Vision

19   Airlines, Inc. for Hazard Pay resulting in damages to Plaintiff in the amount of

20   _____.

21

22      DATED this  5th day of November, 2010.

23               HAROLD P. GEWERTER, ESQ., LTD.

24

25                 /s/  Harold P. Gewerter, Esq.

26               HAROLD P. GEWERTER, ESQ.
Nevada Bar NO. 499

27               2705 Airport Drive
North Las Vegas, Nevada 89032

28               Attorney for Defendant