HAROLD P. GEWERTER, ESQ.  E-filed: 11/5/2010
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax: (702) 382-1759
E-mail: harold@gewerterlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated, | CASE NO.: **2:09-CV-00117-RLH-RJJ** |
| Plaintiff, | **DEFENDANT'S EXHIBIT LIST** |
| vs. | |
| VISION AIRLINES, INC., | |
| Defendant. | |

**DEFENDANT'S EXHIBIT LIST**

Defendant, VISION AIRLINES, INC., by and through its attorney of record, Harold P. Gewerter, Esq., of the law firm of Harold P. Gewerter, Esq., Ltd., respectfully submits its Exhibit List.

1) Capital Aviation Contract- Bates Stamp Number 2SUPP0178, Bates Stamp Number VISION013382-1391.

2) McNeil Contract- Bates Stamp Number 2SUPP001-2SUPP0221.

3) Gerald Hester Contract—Jim McGuire Email Dated October 15, 2007 Bates Stamped Hester000086-Hester000087.

4) Phase I Billing and Wire Receipts – Bates Stamp Numbers Hest0034663-0034758.

1

5)     Phase III, II, I Billing and Wire Receipts---Bates Stamp Numbers Hest0034760-0035015.

6)     Phase III Billing—Bates Stamp Numbers Hest0037625-0037750.

7)     Phase I Billing—Bates Stamp Numbers Hest0037805-0037893.

8)     Phase II Billing—Bates Stamp Numbers Hest003782-0038809.

9)     Phase III Billing—Bates Stamp Numbers Hest0038868-0038939

10)     Phase IV Billing –Bates Stamp Numbers Hest0041221-0041384.

11)     Phase IV Billing—Bates Stamp Numbers 2SUPP0022-2SUPP0177.

12)     McNeil Cost Elements.

13)     Payroll Register- Phase IV- Period Ending 9/15/2007 Bates Stamp Numbers 2SUPP0513-2SUPP0523.

14)     Payroll Register- Phase III- Period Ending 8/15/2006 Bates Stamp Numbers HEST0039099-HEST0039107.

15)     Payroll Register- Phase II- Period Ending 5/31/2006 Bates Stamp Numbers HEST0038546-0038547.

16)     Payroll Register- Phase I- Period Ending 1/15/2006 Bates Stamp Numbers HEST0038257 and HEST0038220.

17)     Payroll from 1/1/2006 through 7/31/2010 as follows:

PAYROLL BATE STAMP LIST

| MONTH | BATE STAMP # |
|---|---|
| 1/1/2006-1/31/2006 | HEST0038257 |
| | HEST0038249 |
| | HEST0038251 |
| | HEST0038253 |
| | HEST0038199 |
| | HEST0038213-0038221 |
| | HEST0038223 |
| | HEST0038212 |
| | HEST0038201-0038211 |
| | HEST0038255 |

| | | |
|---|---|---|
| | 2/1/2006-2/28/2006 | HEST0038282 |
| | | HEST0038296 |
| | | HEST0038298 |
| | | HEST0038300 |
| | | HEST0038302 |
| | | HEST0038304 |
| | | HEST0038274-0038281 |
| | | HEST0038284-0038293 |
| | | HEST0038384 |
| | | HEST0038386 |
| | | HEST0038389 |
| | | HEST0038391 |
| | | HEST0038393 |
| | | HEST0038395 |
| | 3/1/2006-3/31/2006 | HEST0038368 |
| | | HEST0038397 |
| | | HEST0038403 |
| | | HEST0038405 |
| | | HEST0038407 |
| | | HEST0038409 |
| | | HEST0038380 |
| | | HEST0038382 |
| | | HEST0038356-0038357 |
| | | HEST0038359-0038367 |
| | | HEST0038353-0038354 |
| | | HEST0038344-0038350 |
| | | HEST0038352 |
| | 4/1/2006-4/30/2006 | HEST0038370 |
| | | HEST0038462 |
| | | HEST0038464 |
| | | HEST0038466 |
| | | HEST0038468 |
| | | HEST0038470 |
| | | HEST0038472 |
| | | HEST0038441 |
| | | HEST0038443 |

| # | Date | Bates |
|---|---|---|
| 1 | | HEST0038446 |
| 2 | | HEST0038448 |
| 3 | | HEST0038450 |
| 4 | | HEST0038452 |
| 5 | | HEST0038454 |
| 6 | | HEST0038456 |
| 7 | | HEST0038456 |
| 8 | | HEST0038459 |
| 9 | | HEST0038431 |
| 10 | | HEST0038432-0038440 |
| 11 | | HEST0038429 |
| 12 | 5/1/2006-5/31/2006 | HEST00385460038547 |
| 13 | | HEST0038582 |
| 14 | | HEST0038584 |
| 15 | | HEST0038588 |
| 16 | | HEST0038590 |
| 17 | | HEST0038592 |
| 18 | | HEST0038586 |
| 19 | | HEST0038423-0038426 |
| 20 | | HEST0038428 |
| 21 | | HEST0038595 |
| 22 | | HEST0038601 |
| 23 | | HEST0038572 |
| 24 | | HEST0038550 |
| 25 | | HEST0038552 |
| 26 | | HEST0038554 |
| 27 | | HEST0038556 |
| 28 | | HEST0038558 |
| | | HEST0038560 |
| | | HEST0038563 |
| | | HEST0038528 |
| | | HEST0038530-0038543 |
| | | HEST0038575 |
| | | HEST0038511-0038513 |
| | | HEST00385150038526 |
| | | HEST0038548 |
| | | HEST0038566 |
| | | HEST0038568 |

| | | |
|---|---|---|
| 1 | 6/1/2006-6/30/2006 | HEST0038577 |
| 2 | | HEST0038625 |
| 3 | | HEST0038663 |
| | | HEST0038529 |
| 4 | | HEST0038594 |
| 5 | | HEST0038712 |
| | | HEST0038514 |
| 6 | | HEST0038715 |
| 7 | | HEST0038717 |
| | | HEST0038691 |
| 8 | | HEST0038693 |
| 9 | | HEST0038695 |
| | | HEST0038697 |
| 10 | | HEST0038699 |
| 11 | | HEST0038701 |
| | | HEST0038703 |
| 12 | | HEST0038665 |
| 13 | | HEST0038667 |
| 14 | | HEST0038645 |
| 15 | | HEST0038646-0038652 |
| 16 | | HEST0038654-0038662 |
| 17 | | HEST0038653 |
| | | HEST0038705 |
| 18 | | HEST0038707 |
| 19 | | HEST0038709 |
| | | HEST0038722 |
| 20 | | HEST0038740 |
| 21 | | HEST0038721 |
| 22 | | HEST0038668 |
| | | HEST0038632-0038644 |
| 23 | | HEST0038811-0038813 |
| 24 | 7/1/2006-8/2/2006 | |
| 25 | | HEST0038867 |
| | | HEST0038687 |
| 26 | | HEST0038685 |
| 27 | | HEST0038683 |
| | | HEST0038675 |
| 28 | | HEST0038677 |
| | | HEST0038679 |

| | | |
|---|---|---|
| 1 | | HEST0038681 |
| 2 | | HEST0038672 |
| 3 | | HEST0038670 |
| 4 | | HEST0038629-0038631 |
| 5 | | HEST0038942 |
| 6 | | HEST0038949-0038957 |
| 7 | | HEST0038959-0038964 |
| 8 | | HEST0038814 |
| 9 | | HEST0038820-0038842 |
| 10 | | HEST0038815-0038819 |
| 11 | | HEST0039034 |
| 12 | | HEST0039025-0039033 |
| 13 | | HEST0038987-0038998 |
| 14 | | HEST0039002-0039015 |
| 15 | | HEST0039017-0039018 |
| 16 | | HEST0039020-0039024 |
| 17 | | | 
| 18 | PERIOD ENDING 8/15/2006 (G9W) | HEST0039099-0039107 |
| 19 | PERIOD ENDING 8/13/2006 (G24) | HEST0039108 |
| 20 | PERIOD ENDING 8/31/2006 (G9W) | HEST0039171-0039179 |
| 21 | PERIOD ENDING 8/27/2006(G24) | HEST0039180 |
| 22 | PERIOD ENDING 9/15/2006 (G9W) | HEST0039364-0039373 |
| 23 | PERIOD ENDING 9/10/2006 (G24) | HEST0039363 |
| 24 | PERIOD ENDING 9/30/2006 (G9W) | HEST0039271-0039281 |
| | PERIOD ENDING 9/24/2006 (G24) | HEST0039269 |
| 25 | PERIOD ENDING 10/8/2006 (G24) | HEST0039270 |
| 26 | PERIOD ENDING 10/15/2006 (G9W) | HEST0039426-0039437 |
| 27 | PERIOD ENDING 10/22/2006 (G24) | HEST0039539 |
| 28 | PERIOD ENDING 10/31/2006 (G9W) | HEST0039540-0039545 |
| | PERIOD ENDING 10/31/2006 (XWW) | HEST0039546- |

| # | Period | Bates |
|---|---|---|
| 1 |  | 0039551 |
| 2 | PERIOD ENDING 11/5/2006 (G24) | HEST0039631 |
| 3 | PERIOD ENDING 11/15/2006 (XWW) | HEST0039632-0039637 |
| 4 | PERIOD ENDING 11/19/2006 (G24) | HEST0039721 |
| 5 | PERIOD ENDING 11/30/2006 (XWW) | HEST0039722-0039727 |
| 6 | PERIOD ENDING 12/15/2006 (XWW) | HEST0039808-0039814 |
| 7 | PERIOD ENDING 12/17/2006 (G24) | HEST0039815 |
| 8 | PERIOD ENDING 12/31/2006 (XWW) | HEST0039891-0039897 |
| 9 | PERIOD ENDING 12/31/2007 (G24) | HEST0039890 |
| 10 | PERIOD ENDING 1/14/2007 (G24) | HEST0039980 |
| 11 | PERIOD ENDING 1/15/2007 (XWW) | HEST0039981-0039987 |
| 12 | PERIOD ENDING 1/28/2007 (G24) | HEST0040071 |
| 13 | PERIOD ENDING 1/31/2007 (XWW) | HEST0039988-0039994 |
| 14 | PERIOD ENDING 1/31/2007 (XWW) | HEST0040073-0040079 |
| 15 | PERIOD ENDING 2/11/2007 (G24) | HEST0040072 |
| 16 | PERIOD ENDING 2/15/2007 (XWW) | HEST0040151-0040157 |
| 17 | PERIOD ENDING 2/25/2007 (G24) | HEST0040239 |
| 18 | PERIOD ENDING 2/28/2007 (XWW) | HEST0040240-0040245 |
| 19 | PERIOD ENDING 3/11/2007 (G24) | HEST0040335 |
| 20 | PERIOD ENDING 3/15/2007 (XWW) | HEST0040328-0040334 |
| 21 | PERIOD ENDING 3/15/2007 (XWW) | HEST0040246-0040252 |
| 22 | PERIOD ENDING 3/25/2007 (G24) | HEST0040435 |
| 23 | PERIOD ENDING 3/31/2007 (XWW) | HEST0040427-0040434 |
| 24 | PERIOD ENDING 4/8/2007 (G24) | HEST0040436 |
| 25 | PERIOD ENDING 4/15/2007 (XWW) | HEST0040528-0040535 |
| 26 | PERIOD ENDING 4/30/2007 (XWW) | HEST0040616-0040623 |
| 27 | PERIOD ENDING 5/15/2007 | HEST0040702-0040709 |
| 28 | PERIOD ENDING 5/31/2007 | HEST0040801-0040808 |
|  | PERIOD ENDING 6/15/2007 | HEST0040893- |

| | | |
|---|---|---|
| 1 | | 0040900 |
| 2 | PERIOD ENDING 6/30/2007 | HEST0040993-0041001 |
| 3 | PERIOD ENDING 7/15/20007 | HEST0041113-0041121 |
| 4 | PERIOD ENDING 7/31/2007 | HEST0041211-0041220 |
| 5 | PERIOD ENDING 8/15/2007 | 2SUPP0494-0503 |
| 6 | PERIOD ENDING 8/31/2007 | 2SUPP0504-0512 |
| 7 | PERIOD ENDING 9/15/2007 | 2SUPP0513-0523 |
| 8 | PERIOD ENDING 9/30/2007 | 2SUPP0524-0537 |
| 9 | PAY DATES BETWEEN 10/15/2007-10/19/2007 | 2SUPP0538-0546 |
| | PERIOD ENDING 10/31/2007 | 2SUPP0547-0558 |
| 10 | PERIOD ENDING 11/15/2007 | 2SUPP0559-0575 |
| 11 | PERIOD ENDING 11/30/2007 | 2SUPP0576-0587 |
| 12 | PERIOD ENDING 12/15/2007 | 2SUPP0588-0599 |
| 13 | PERIOD ENDING 12/31/2007 | 2SUPP0600-0610 |
| | PERIOD ENDING 1/15/2008 | 2SUPP0611-0620 |
| 14 | PERIOD ENDING 1/31/2008 | 2SUPP0621-0631 |
| 15 | PERIOD ENDING 2/15/2008 | 2SUPP0632-0642 |
| 16 | PERIOD ENDING 2/29/2008 | 2SUPP0643-0654 |
| | PERIOD ENDING 3/15/2008 | 2SUPP0655-0665 |
| 17 | PERIOD ENDING 3/31/2008 | 2SUPP0666-0688 |
| 18 | PERIOD ENDING 4/15/2008 | 2SUPP0689-0699 |
| 19 | PERIOD ENDING 4/30/2008 | 2SUPP0700-0711 |
| | PERIOD ENDING 5/15/2008 | 2SUPP0712-0722 |
| 20 | PERIOD ENDING 5/31/2008 | 2SUPP0723-0734 |
| 21 | PERIOD ENDING 6/15/2008 | 2SUPP0735-0746 |
| | PERIOD ENDING 6/30/2008 | 2SUPP0747-0757 |
| 22 | PERIOD ENDING 7/15/2008 | 2SUPP0758-0769 |
| 23 | PERIOD ENDING 7/31/2008 | 2SUPP0770-0781 |
| | PERIOD ENDING 8/15/2008 | 2SUPP0782-0794 |
| 24 | PERIOD ENDING 8/31/2008 | 2SUPP0795-0821 |
| 25 | PERIOD ENDING 9/15/2008 | 2SUPP0822-0833 |
| | PERIOD ENDING 9/30/2008 | 2SUPP0834-0844 |
| 26 | PERIOD ENDING 10/15/2008 | 2SUPP0845-0856 |
| 27 | PERIOD ENDING 10/21/2008 | 2SUPP0857-0868 |
| | PERIOD ENDING 11/15/2008 | 2SUPP0869-0880 |
| 28 | PERIOD ENDING 11/30/2008 | 2SUPP0881-0892 |
| | PERIOD ENDING 12/15/2008 | 2SUPP0893-0904 |
| | PERIOD ENDING 12/31/2008 | 2SUPP0905-0916 |

| | |
|---|---|
| PERIOD ENDING 1/15/2009 | 2SUPP0917-0931 |
| PERIOD ENDING 1/31/2009 | 2SUPP0932-0944 |
| PERIOD ENDING 2/15/2009 | 2SUPP0945-0960 |
| PERIOD ENDING 2/28/2009 | 2SUPP0961-0972 |
| PERIOD ENDING 3/15/2009 | 2SUPP0973-0988 |
| PERIOD ENDING 3/31/2009 | 2SUPP0989-1001 |
| PERIOD ENDING 4/15/2009 | 2SUPP1002-1017 |
| PERIOD ENDING 4/30/2009 | 2SUPP1018-1029 |
| PERIOD ENDING 5/15/2009 | 2SUPP1030-1044 |
| PERIOD ENDING 5/31/2009 | 2SUPP1045-1056 |
| PERIOD ENDING 6/15/2009 | 2SUPP1057-1071 |
| PERIOD ENDING 6/30/2009 | 2SUPP1072-1084 |
| PERIOD ENDING 7/15/2009 | 2SUPP1085-1099 |
| PERIOD ENDING 7/31/2009 | 2SUPP1100-1112 |
| PERIOD ENDING 8/15/2009 | 2SUPP1113-1127 |
| PERIOD ENDING 8/31/2009 | 2SUPP1128-1139 |
| PERIOD ENDING 9/15/2009 | 2SUPP1140-1154 |
| PERIOD ENDING 9/30/2009 | 2SUPP1155-1167 |
| PERIOD ENDING 10/15/2009 | 2SUPP1168-1183 |
| PERIOD ENDING 10/31/2009 | 2SUPP1184-1196 |
| PERIOD ENDING 11/15/2009 | 2SUPP1197-1212 |
| PERIOD ENDING 11/30/2009 | 2SUPP1213-1226 |
| PERIOD ENDING 12/15/2009 | 2SUPP1227-1244 |
| PERIOD ENDING 12/31/2009 | 2SUPP1245-1258 |
| PERIOD ENDING 1/15/2010 | 2SUPP1259-1276 |
| PERIOD ENDING 1/31/2010 | 2SUPP1277-1292 |
| PERIOD ENDING 2/15/2010 | 2SUPP1293-1311 |
| PERIOD ENDING 2/28/2010 | 2SUPP1312-1329 |
| PERIOD ENDING 3/15/2010 | 2SUPP1330-1348 |
| PERIOD ENDING 3/31/2010 | 2SUPP1349-1365 |
| PERIOD ENDING 4/15/2010 | 2SUPP1366-1385 |
| PERIOD ENDING 4/30/2010 | 2SUPP1386-1402 |
| PERIOD ENDING 5/15/2010 | 2SUPP1403-1421 |
| PERIOD ENDING 5/31/2010 | 2SUPP1422-1437 |
| PERIOD ENDING 6/15/2010 | 2SUPP1438-1456 |
| PERIOD ENDING 6/30/2010 | 2SUPP1457-1473 |
| PERIOD ENDING 7/15/2010 | 2SUPP1474-1494 |
| PERIOD ENDING 7/31/2010 | 2SUPP1495-1512 |

DATED this 5th day of November, 2010.

                                       HAROLD P. GEWERTER, ESQ., LTD.

                                           /s/   *Harold P. Gewerter, Esq.*
                                       HAROLD P. GEWERTER, ESQ.
                                       Nevada Bar No. 499
                                       2705 Airport Drive
                                       North Las Vegas, Nevada 89032
                                       Attorney for Defendant