# EXHIBIT LIST

Case No. 2:09-CV-00117-RLH-RJJ                                     Page 1   of   2

Gerald Hester Vs. Vision Airlines, Inc.

Exhibits on behalf of Defendant Vision Airlines

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 1 | | Capital Aviation Contract- Bates Stamp Number 2SUPP0178, Bates Stamp Number VISION013382-13391. |
| | | 2 | | McNeil Contract- Bates Stamp Number 2SUPP001-2SUPP0221. |
| | | 3 | | Gerald Hester Contract- Jim McGuire Email, dated October 15, 2007, Bates Stamp Hester000086-Hester000087. |
| | | 4 | | Phase I Billing and Wire Receipts- Bates Stamp Numbers Hest0034663-0034758. |
| | | 5 | | Phase III, II, I Billing and Wire Receipts- Bates Stamp Numbers Hest0034760-0035015. |
| | | 6 | | Phase III Billing- Bates Stamp Numbers Hest0037625-0037750. |
| | | 7 | | Phase I Billing- Bates Stamp Numbers Hest0037805-0037893. |
| | | 8 | | Phase II Billing- Bates Stamp Numbers Hest0038782-0038809. |
| | | 9 | | Phase III Billing- Bates Stamp Numbers Hest0038868-0038939 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 10 |  | Phase IV Billing- Bates Stamp Numbers Hest0041221-0041384 |
|  |  | 11 |  | Phase IV Billing- Bates Stamp Numbers 2SUPP0022-2SUPP0177 |
|  |  | 12 |  | McNeil Cost Elements |
|  |  | 13 |  | Payroll Register- Phase IV- Period Ending 9/15/2007 Bates Stamp Numbers 2SUPP0513-2SUPP0523 |
|  |  | 14 |  | Payroll Register- Phase III- Period Ending 8/15/2006 Bates Stamp Numbers HEST0039099-HEST0039107 |
|  |  | 15 |  | Payroll Register- Phase II- Period Ending 5/31/2006 Bates Stamp Numbers HEST0038546-HEST0038547 |
|  |  | 16 |  | Payroll Register- Phase I- Period Ending 1/15/2006 Bates Stamp Numbers HEST0038257-HEST0038220 |
|  |  | 17 |  | Payroll from 1/1/2006 through 7/31/2010 |