HAROLD P. GEWERTER, ESQ.                        E-filed: 11/7/2010
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax: (702) 382-1759
E-mail: harold@gewerterlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>Defendant. | CASE NO.: **2:09-CV-00117-RLH-RJJ**<br><br>**DEFENDANT'S EXHIBIT LIST** |

**DEFENDANT'S EXHIBIT LIST**

Defendant, VISION AIRLINES, INC., by and through its attorney of record, Harold P. Gewerter, Esq., of the law firm of Harold P. Gewerter, Esq., Ltd., respectfully submits its Exhibit List.

501)    Capital Aviation Contract- Bates Stamp Number 2SUPP0178,  Bates Stamp Number VISION013382-1391.

502)    McNeil Contract- Bates Stamp Number  2SUPP001-2SUPP0221.

503)     Gerald Hester Contract—Jim McGuire Email   Dated October 15, 2007 Bates Stamped Hester000086-Hester000087.

504)    Phase I Billing and Wire Receipts – Bates Stamp Numbers Hest0034663-0034758.

1

505)   Phase III, II, I Billing and Wire Receipts---Bates Stamp Numbers Hest0034760-0035015.

506)   Phase III Billing—Bates Stamp Numbers Hest0037625-0037750.

507)   Phase I Billing—Bates Stamp Numbers Hest0037805-0037893.

508)   Phase II Billing—Bates Stamp Numbers Hest003782-0038809.

509)   Phase III Billing—Bates Stamp Numbers Hest0038868-0038939

510)   Phase IV Billing –Bates Stamp Numbers Hest0041221-0041384.

511)   Phase IV Billing—Bates Stamp Numbers 2SUPP0022-2SUPP0177.

512)   McNeil Cost Elements.

513)   Payroll Register- Phase IV- Period Ending 9/15/2007 Bates Stamp Numbers 2SUPP0513-2SUPP0523.

514)   Payroll Register- Phase III- Period Ending 8/15/2006 Bates Stamp Numbers HEST0039099-HEST0039107.

515)   Payroll Register- Phase II- Period Ending 5/31/2006 Bates Stamp Numbers HEST0038546-0038547.

516)   Payroll Register- Phase I- Period Ending 1/15/2006 Bates Stamp Numbers HEST0038257 and HEST0038220.

517)   Payroll from 1/1/2006 through 7/31/2010 as follows:

PAYROLL BATE STAMP LIST

| MONTH | BATE STAMP # |
| --- | --- |
| 1/1/2006-1/31/2006 | HEST0038257 |
| | HEST0038249 |
| | HEST0038251 |
| | HEST0038253 |
| | HEST0038199 |
| | HEST0038213-0038221 |
| | HEST0038223 |
| | HEST0038212 |
| | HEST0038201-0038211 |
| | HEST0038255 |

2

| | | |
|---|---|---|
| 1 | 2/1/2006-2/28/2006 | HEST0038282 |
| 2 | | HEST0038296 |
| 3 | | HEST0038298 |
| 4 | | HEST0038300 |
| 5 | | HEST0038302 |
| 6 | | HEST0038304 |
| | | HEST0038274-0038281 |
| 7 | | HEST0038284-0038293 |
| 8 | | HEST0038384 |
| 9 | | HEST0038386 |
| 10 | | HEST0038389 |
| 11 | | HEST0038391 |
| | | HEST0038393 |
| 12 | 3/1/2006-3/31/2006 | HEST0038395 |
| 13 | | HEST0038368 |
| | | HEST0038397 |
| 14 | | HEST0038403 |
| 15 | | HEST0038405 |
| 16 | | HEST0038407 |
| | | HEST0038409 |
| 17 | | HEST0038380 |
| 18 | | HEST0038382 |
| | | HEST0038356-0038357 |
| 19 | | HEST0038359-0038367 |
| 20 | | HEST0038353-0038354 |
| 21 | | HEST0038344-0038350 |
| 22 | | HEST0038352 |
| 23 | 4/1/2006-4/30/2006 | HEST0038370 |
| 24 | | HEST0038462 |
| | | HEST0038464 |
| 25 | | HEST0038466 |
| 26 | | HEST0038468 |
| | | HEST0038470 |
| 27 | | HEST0038472 |
| 28 | | HEST0038441 |
| | | HEST0038443 |

3

| | | |
|---|---|---|
| 1 | | HEST0038446 |
| 2 | | HEST0038448 |
| 3 | | HEST0038450 |
| | | HEST0038452 |
| 4 | | HEST0038454 |
| 5 | | HEST0038456 |
| | | HEST0038456 |
| 6 | | HEST0038459 |
| 7 | | HEST0038431 |
| 8 | | HEST0038432-0038440 |
| 9 | | HEST0038429 |
| | 5/1/2006-5/31/2006 | HEST00385460038547 |
| 10 | | HEST0038582 |
| 11 | | HEST0038584 |
| | | HEST0038588 |
| 12 | | HEST0038590 |
| 13 | | HEST0038592 |
| | | HEST0038586 |
| 14 | | HEST0038423-0038426 |
| 15 | | HEST0038428 |
| 16 | | HEST0038595 |
| | | HEST0038601 |
| 17 | | HEST0038572 |
| 18 | | HEST0038550 |
| 19 | | HEST0038552 |
| | | HEST0038554 |
| 20 | | HEST0038556 |
| 21 | | HEST0038558 |
| | | HEST0038560 |
| 22 | | HEST0038563 |
| 23 | | HEST0038528 |
| 24 | | HEST0038530-0038543 |
| 25 | | HEST0038575 |
| 26 | | HEST0038511-0038513 |
| 27 | | HEST00385150038526 |
| | | HEST0038548 |
| 28 | | HEST0038566 |
| | | HEST0038568 |

4

| | | |
|---|---|---|
| 1 | 6/1/2006-6/30/2006 | HEST0038577 |
| 2 | | HEST0038625 |
| 3 | | HEST0038663 |
| | | HEST0038529 |
| 4 | | HEST0038594 |
| 5 | | HEST0038712 |
| | | HEST0038514 |
| 6 | | HEST0038715 |
| 7 | | HEST0038717 |
| 8 | | HEST0038691 |
| | | HEST0038693 |
| 9 | | HEST0038695 |
| 10 | | HEST0038697 |
| | | HEST0038699 |
| 11 | | HEST0038701 |
| 12 | | HEST0038703 |
| | | HEST0038665 |
| 13 | | HEST0038667 |
| 14 | | HEST0038645 |
| | | HEST0038646-0038652 |
| 15 | | HEST0038654-0038662 |
| 16 | | |
| 17 | | HEST0038653 |
| | | HEST0038705 |
| 18 | | HEST0038707 |
| 19 | | HEST0038709 |
| | | HEST0038722 |
| 20 | | HEST0038740 |
| 21 | | HEST0038721 |
| 22 | | HEST0038668 |
| | | HEST0038632-0038644 |
| 23 | | |
| 24 | 7/1/2006-8/2/2006 | HEST0038811-0038813 |
| 25 | | HEST0038867 |
| | | HEST0038687 |
| 26 | | HEST0038685 |
| 27 | | HEST0038683 |
| | | HEST0038675 |
| 28 | | HEST0038677 |
| | | HEST0038679 |

HEST0038681

HEST0038672

HEST0038670

HEST0038629-0038631

HEST0038942

HEST0038949-0038957

HEST0038959-0038964

HEST0038814

HEST0038820-0038842

HEST0038815-0038819

HEST0039034

HEST0039025-0039033

HEST0038987-0038998

HEST0039002-0039015

HEST0039017-0039018

HEST0039020-0039024

PERIOD ENDING 8/15/2006 (G9W)          HEST0039099-0039107
PERIOD ENDING 8/13/2006 (G24)

                                       HEST0039108
PERIOD ENDING 8/31/2006 (G9W)          HEST0039171-0039179
PERIOD ENDING 8/27/2006(G24)

                                       HEST0039180
PERIOD ENDING 9/15/2006 (G9W)          HEST0039364-0039373
PERIOD ENDING 9/10/2006 (G24)

                                       HEST0039363
PERIOD ENDING 9/30/2006 (G9W)          HEST0039271-0039281
PERIOD ENDING 9/24/2006 (G24)

PERIOD ENDING 10/8/2006 (G24)          HEST0039269

                                       HEST0039270
PERIOD ENDING 10/15/2006 (G9W)         HEST0039426-0039437
PERIOD ENDING 10/22/2006 (G24)

                                       HEST0039539
PERIOD ENDING 10/31/2006 (G9W)         HEST0039540-0039545
PERIOD ENDING 10/31/2006 (XWW)

                                       HEST0039546-

|  |  |
|---|---|
|  | 0039551 |
| PERIOD ENDING 11/5/2006 (G24) | HEST0039631 |
| PERIOD ENDING 11/15/2006 (XWW) | HEST0039632-0039637 |
| PERIOD ENDING 11/19/2006 (G24) | HEST0039721 |
| PERIOD ENDING 11/30/2006 (XWW) | HEST0039722-0039727 |
| PERIOD ENDING 12/15/2006 (XWW) | HEST0039808-0039814 |
| PERIOD ENDING 12/17/2006 (G24) | HEST0039815 |
| PERIOD ENDING 12/31/2006 (XWW) | HEST0039891-0039897 |
| PERIOD ENDING 12/31/2007 (G24) | HEST0039890 |
| PERIOD ENDING 1/14/2007 (G24) | HEST0039980 |
| PERIOD ENDING 1/15/2007 (XWW) | HEST0039981-0039987 |
| PERIOD ENDING 1/28/2007 (G24) | HEST0040071 |
| PERIOD ENDING 1/31/2007 (XWW) | HEST0039988-0039994 |
| PERIOD ENDING 1/31/2007 (XWW) | HEST0040073-0040079 |
| PERIOD ENDING 2/11/2007 (G24) | HEST0040072 |
| PERIOD ENDING 2/15/2007 (XWW) | HEST0040151-0040157 |
| PERIOD ENDING 2/25/2007 (G24) | HEST0040239 |
| PERIOD ENDING 2/28/2007 (XWW) | HEST0040240-0040245 |
| PERIOD ENDING 3/11/2007 (G24) | HEST0040335 |
| PERIOD ENDING 3/15/2007 (XWW) | HEST0040328-0040334 |
| PERIOD ENDING 3/15/2007 (XWW) | HEST0040246-0040252 |
| PERIOD ENDING 3/25/2007 (G24) | HEST0040435 |
| PERIOD ENDING 3/31/2007 (XWW) | HEST0040427-0040434 |
| PERIOD ENDING 4/8/2007 (G24) | HEST0040436 |
| PERIOD ENDING 4/15/2007 (XWW) | HEST0040528-0040535 |
| PERIOD ENDING 4/30/2007 (XWW) | HEST0040616-0040623 |
| PERIOD ENDING 5/15/2007 | HEST0040702-0040709 |
| PERIOD ENDING 5/31/2007 | HEST0040801-0040808 |
| PERIOD ENDING 6/15/2007 | HEST0040893- |

7

| | |
|---|---|
| | 0040900 |
| PERIOD ENDING 6/30/2007 | HEST0040993-0041001 |
| PERIOD ENDING 7/15/20007 | HEST0041113-0041121 |
| PERIOD ENDING 7/31/2007 | HEST0041211-0041220 |
| PERIOD ENDING 8/15/2007 | 2SUPP0494-0503 |
| PERIOD ENDING 8/31/2007 | 2SUPP0504-0512 |
| PERIOD ENDING 9/15/2007 | 2SUPP0513-0523 |
| PERIOD ENDING 9/30/2007 | 2SUPP0524-0537 |
| PAY DATES BETWEEN 10/15/2007-10/19/2007 | 2SUPP0538-0546 |
| PERIOD ENDING 10/31/2007 | 2SUPP0547-0558 |
| PERIOD ENDING 11/15/2007 | 2SUPP0559-0575 |
| PERIOD ENDING 11/30/2007 | 2SUPP0576-0587 |
| PERIOD ENDING 12/15/2007 | 2SUPP0588-0599 |
| PERIOD ENDING 12/31/2007 | 2SUPP0600-0610 |
| PERIOD ENDING 1/15/2008 | 2SUPP0611-0620 |
| PERIOD ENDING 1/31/2008 | 2SUPP0621-0631 |
| PERIOD ENDING 2/15/2008 | 2SUPP0632-0642 |
| PERIOD ENDING 2/29/2008 | 2SUPP0643-0654 |
| PERIOD ENDING 3/15/2008 | 2SUPP0655-0665 |
| PERIOD ENDING 3/31/2008 | 2SUPP0666-0688 |
| PERIOD ENDING 4/15/2008 | 2SUPP0689-0699 |
| PERIOD ENDING 4/30/2008 | 2SUPP0700-0711 |
| PERIOD ENDING 5/15/2008 | 2SUPP0712-0722 |
| PERIOD ENDING 5/31/2008 | 2SUPP0723-0734 |
| PERIOD ENDING 6/15/2008 | 2SUPP0735-0746 |
| PERIOD ENDING 6/30/2008 | 2SUPP0747-0757 |
| PERIOD ENDING 7/15/2008 | 2SUPP0758-0769 |
| PERIOD ENDING 7/31/2008 | 2SUPP0770-0781 |
| PERIOD ENDING 8/15/2008 | 2SUPP0782-0794 |
| PERIOD ENDING 8/31/2008 | 2SUPP0795-0821 |
| PERIOD ENDING 9/15/2008 | 2SUPP0822-0833 |
| PERIOD ENDING 9/30/2008 | 2SUPP0834-0844 |
| PERIOD ENDING 10/15/2008 | 2SUPP0845-0856 |
| PERIOD ENDING 10/21/2008 | 2SUPP0857-0868 |
| PERIOD ENDING 11/15/2008 | 2SUPP0869-0880 |
| PERIOD ENDING 11/30/2008 | 2SUPP0881-0892 |
| PERIOD ENDING 12/15/2008 | 2SUPP0893-0904 |
| PERIOD ENDING 12/31/2008 | 2SUPP0905-0916 |

| | |
|---|---|
| PERIOD ENDING 1/15/2009 | 2SUPP0917-0931 |
| PERIOD ENDING 1/31/2009 | 2SUPP0932-0944 |
| PERIOD ENDING 2/15/2009 | 2SUPP0945-0960 |
| PERIOD ENDING 2/28/2009 | 2SUPP0961-0972 |
| PERIOD ENDING 3/15/2009 | 2SUPP0973-0988 |
| PERIOD ENDING 3/31/2009 | 2SUPP0989-1001 |
| PERIOD ENDING 4/15/2009 | 2SUPP1002-1017 |
| PERIOD ENDING 4/30/2009 | 2SUPP1018-1029 |
| PERIOD ENDING 5/15/2009 | 2SUPP1030-1044 |
| PERIOD ENDING 5/31/2009 | 2SUPP1045-1056 |
| PERIOD ENDING 6/15/2009 | 2SUPP1057-1071 |
| PERIOD ENDING 6/30/2009 | 2SUPP1072-1084 |
| PERIOD ENDING 7/15/2009 | 2SUPP1085-1099 |
| PERIOD ENDING 7/31/2009 | 2SUPP1100-1112 |
| PERIOD ENDING 8/15/2009 | 2SUPP1113-1127 |
| PERIOD ENDING 8/31/2009 | 2SUPP1128-1139 |
| PERIOD ENDING 9/15/2009 | 2SUPP1140-1154 |
| PERIOD ENDING 9/30/2009 | 2SUPP1155-1167 |
| PERIOD ENDING 10/15/2009 | 2SUPP1168-1183 |
| PERIOD ENDING 10/31/2009 | 2SUPP1184-1196 |
| PERIOD ENDING 11/15/2009 | 2SUPP1197-1212 |
| PERIOD ENDING 11/30/2009 | 2SUPP1213-1226 |
| PERIOD ENDING 12/15/2009 | 2SUPP1227-1244 |
| PERIOD ENDING 12/31/2009 | 2SUPP1245-1258 |
| PERIOD ENDING 1/15/2010 | 2SUPP1259-1276 |
| PERIOD ENDING 1/31/2010 | 2SUPP1277-1292 |
| PERIOD ENDING 2/15/2010 | 2SUPP1293-1311 |
| PERIOD ENDING 2/28/2010 | 2SUPP1312-1329 |
| PERIOD ENDING 3/15/2010 | 2SUPP1330-1348 |
| PERIOD ENDING 3/31/2010 | 2SUPP1349-1365 |
| PERIOD ENDING 4/15/2010 | 2SUPP1366-1385 |
| PERIOD ENDING 4/30/2010 | 2SUPP1386-1402 |
| PERIOD ENDING 5/15/2010 | 2SUPP1403-1421 |
| PERIOD ENDING 5/31/2010 | 2SUPP1422-1437 |
| PERIOD ENDING 6/15/2010 | 2SUPP1438-1456 |
| PERIOD ENDING 6/30/2010 | 2SUPP1457-1473 |
| PERIOD ENDING 7/15/2010 | 2SUPP1474-1494 |
| PERIOD ENDING 7/31/2010 | 2SUPP1495-1512 |

1    DATED this 7th day of November, 2010.

2                                                    HAROLD P. GEWERTER, ESQ., LTD.

3                                                         /s/  Harold P. Gewerter, Esq.

4                                                    HAROLD P. GEWERTER, ESQ.
                                                     Nevada Bar No. 499
5                                                    2705 Airport Drive
                                                     North Las Vegas, Nevada 89032
6                                                    Attorney for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28