```
         FILED          ____ RECEIVED
    ____ ENTERED        ____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

              NOV - 9 2010

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>          Defendant. | 2:09-cv-00117-RLH-RJJ<br><br>**VERDICT** |

**WE THE JURY,** being first duly impaneled and sworn in the above titled cause, do find as follows:

The amount of damages that should be awarded to the Class is: $ 4,509,268.

The presiding juror should sign and date this verdict form.

Dated this 9th day of November, 2010.

_____
Presiding Juror