## CLASS' EXHIBIT LIST

page_____

Case # 2:09-CV-00117-RLH-RJJ

GERALD HESTER,
on behalf of himself and
all others similarly situated,

       Plaintiff,

v.

VISION AIRLINES, INC.,

       Defendant.



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 9 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| Date Marked | Date Admitted | Number | Witness | Description | ADMISSIBILITY | OBJECTIONS |
|---|---|---|---|---|---|---|
| | | 3 | | Defendant Vision Airlines, Inc's Responses to Plaintiff's Second Request for Admissions | Statement of Party Opponent/ Admission Against Interest | |
| | | 9 | | E-Mail dated June 26, 2006 to Frederick Credno, Jr. from Brian Daggett re: Two Airplane Program (CAI27884-CAI27891) | STIP [DE 131.] | |
| | | 10 | | E-mail dated June 16, 2006 to David Meers from William Vigil re: Proposal with attachment. (VISION13324-VISION13326) | STIP [DE 131.] | |
| | | 11 | | E-Mail dated 8/18/06 from William Vigil to David Meers re: Fixed Cost Availability Fee Breakdown (VISION007156-7158) Attaches Memo to Bill Vigil from Willie Taaffe dated 6/5/06 re: ACFC-Fixed Cost Fee/ Availability Fee (VISION007159) | STIP [DE 131.] | |
| | | 12 | | E-Mail dated September 29, 2006 to John Jerrell from Brian Daggett re: Fixed Cost Billing October, November, and December (CAI36545-CAI36546) | STIP [DE 131.] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 13 | | | | |
| | | | | Vision Invoice dated week of August 19, 2006 (VISION000476) | STIP [DE 131.] | |
| | | 14 | | | | |
| | | | | E-Mail dated June 19, 2007, to William Vigil from John Jerrell re: Capital Aviation Invoice (CAI25460-CAI2561) | STIP [DE 131.] | |
| | | 15 | | | | |
| | | | | Composite Exhibit: All Vision Air Bridge Program Payroll Records and supporting documentation from May 1, 2005 - present | STIP [DE 131.] | |
| | | 16 | | | | |
| | | | | Vision's Price Basis to McNeil Technologies Inc. | STIP [DE 131.] | |
| 11/8/10 | 11/8/10 | 17 | Stipulation | | | |
| | | | | E-Mail dated May 14, 2007, to Daniel Carson from William Vigil re: Hazard Pay | STIP [DE 131.] | |
| | | 18 | | | | |
| | | | | Letter dated September 3, 2005 from Premier Aircraft to Cabin Crew Personnel re: Hazard Pay (HEST032134) | STIP [DE 131.] | |
| | | 21 | | | | |
| | | | | Letter dated January 21, 2009 from David Buckner to Vision Airlines re: Notification of Litigation | Not for the truth of the matter asserted | |
| | | 22 | | | | |
| | | | | E-mail dated August 31, 2006 from Brian Daggett to Kimberly Hunter re: Invoice for Week of August 19, 2006 (CAI36633-CAI36637) | STIP [DE 131.] | |
| | | 23 | | | | |
| | | | | E-mail dated July 12, 2007 from Nick Franzen to David Meers re: Crew Travel Costs under S-1007536 CAI Mission Support III (CAI30321-CAI30325) | STIP [DE 131.] | |
| | | 27 | | | | |
| | | | | E-mail dated March 9, 2007 from William Vigil to B. Daggett re: $150 hold back from Vision (CAI040568) | STIP [DE 131.] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/8/10 | 11/8/10 | 29 | Stipulation | | | |
| | | | | Phave I-IV Flight Logs and supporting documentation | STIP [DE 131.] | |
| | | 31 | | | | |
| | | | | Letter dated September 3, 2008 from Gerald Hester to Brian Daggett | Not for the truth of the matter asserted | |
| | | 33 | | | | |
| | | | | E-mail dated October 19, 2005 to Douglas R. Hotchkin from Fred Credno re:Capital Aviation to CSC Invoice Reflecting Payment of Hazard Pay (CSC0189 - CSC0190) | STIP [DE 131.] | |
| | | 34 | | | | |
| | | | | All Vision Airlines Airbridge Program Invoices for Phases I-IV | STIP [DE 131.] | |
| 11/8/10 | 11/8/10 | 39 | Stipulation | | | |
| | | | | CSC Phase 2 Airbridge Program Bid Proposal (CSC0022 - CSC0038) | BUSINESS RECORDS STIPULATION IN FEIGIN DEPOSITION | |
| 11/8/10 | 11/8/10 | 40 | Stipulation | | | |
| | | | | CSC Phase 3 Airbridge Program Bid Proposal (CSC0039 - CSC0059) | BUSINESS RECORDS STIPULATION IN FEIGIN DEPOSITION | |
| | | 41 | | | | |
| | | | | Vision Airlines Phase I-III Air Bridge Program Invoices | BUSINESS RECORDS STIPULATION IN FEIGIN DEPOSITION | |
| | | 42 | | | | |
| | | | | Capital Aviation Airbridge Program Invoices Phases I-III (CSC0156- CSC0238) | BUSINESS RECORDS STIPULATION IN FEIGIN DEPOSITION | |
| 11/8/10 | 11/8/10 | 43 | Stipulation | | | |
| | | | | Capital Aviation Airbridge Program Invoices (PHASEIII) | BUSINESS RECORDS STIPULATION IN FEIGIN DEPOSITION | |
| | | 44 | | | | |
| | | | | E-mail dated November 26, 2006 to Brian Daggett from David Meers re: Billing (CAI13193-CAI13198) | STIP [DE 131.] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 47 | | | | |
| | | | | All Vision Airbridge Program Payroll Records and supporting documentation Phases I-IV | STIP [DE 131.] | |
| | | 48 | | | | |
| | | | | Barry Mukamal Curriculum Vitae | | |
| | | 49 | | | | |
| | | | | All Vision Airlines Airbridge Program Flight Logs and supporting documents Phases I-IV | STIP [DE 131.] | |
| | | 56 | | | | |
| | | | | Vision's Answers to Class' First Request for Admissions | Statement of Party Opponent/ Admission Against Interest | |
| | | 57 | | | | |
| | | | | Memo dated September 3, 2005 to Cockpit Crew Personnel, N368CE re: Pay Compensation for Trips to Iraq | STIP [DE 131.] | |
| | | 59 | | | | |
| | | | | Letter dated April 21, 2006 from Frank Reno to Vision re: Hazard Pay ( HEST 0038626) | STIP [DE 131.] | |
| | | 63 | | | | |
| | | | | Vision's Personnel Action Form-Gerald Hester (HEST033115) | Statement of Party Opponent/ Admission Against Interest | |
| 11/8/10 | 11/8/10 | 66 | Stipulation | | | |
| | | | | Affidavit of William Vigil dated July 9, 2010 | | |
| | | 68 | | | | |
| | | | | Capital Aviation's Close Out Certification for Air Bridge Program Contract (CAI25530-CAI25537) | STIP [DE 131.] | |
| | | 71 | | | | |
| | | | | CSC's Bid Proposal reviewed by Barry Mukamal (CSC0014- CSC0116) | Business Records Stipulation in Feigin Deposition | |
| | | 72 | | Invoices from Capital Aviation to CSC for Phase III reviewed by Barry Mukamal (CSC0144 - CSC0151) | Business Records Stipulation in Feigin Deposition | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 75 | | | | | |
| | | | | Letter dated August 28, 2006 to Gary Acquaivella from James Hurley re: Request for Hazard Pay for trips to ORBI (HEST0039311) | STIP [DE 131.] | | |
| | | 76 | | | | | |
| | | | | Letter dated September 3, 2005 to Cabin Crew Personnel from Captain D.C. Jensen re: Pay compensation for trips to Iraq (HEST032134) | STIP [DE 131.] | | |
| 11/8/10 | 11/8/10 | 77 | Stipulation | | | | |
| | | | | Invoices Vision Submitted to Capital Aviation (produced by CSC) reviewed by Barry Mukamal (CSC0279-CSC0340) | Business Records Stipulation in Feigin Deposition | | |
| | | 78 | | | | | |
| | | | | Mission Cost Narrative reviewed by Barry Mukamal (CSC 0355-CSC0364) | Business Records Stipulation in Feigin Deposition | | |
| 11/8/10 | 11/8/10 | 79 | Stipulation | | | | |
| | | | | Vision's Price Basis to McNeil Technologies Inc. for Airbridge Program Contract (SUPP001) | STIP [DE 131.] | | |
| | | 81 | | | | | |
| | | | | Wire Transfer receipts from Capital Aviation and CSC to Vision reflecting payment of Vision's Air Bridge Program invoices | STIP [DE 131.] | | |
| 11/8/10 | 11/8/10 | 82 | Stipulation | | | | |
| | | | | Vision Bank Records for all four phases of the Airbridge program (BBT BANK) | Business Records exception | | |
| | | 83 | | | | | |
| | | | | ACFC Fixed Cost Fee Memorandum dated 6/19/2006 (VISION008255-008256) | STIP [DE 131.] | | |
| | | 84 | | | | | |
| | | | | Capital Aviation's Invoices to CSC for Phases I-III of the Air Bridge Program | STIP [DE 131.] | | |
| | | 86 | | | | | |
| | | | | Vision's E-Mails attaching Phase I-III Air Bridge Program Invoices to Capital Aviation and CSC | STIP [DE 131.] | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 89 | | | | |
| | | 91 | | Communications regarding flight conditions, (including but not limited to) (CAI38011; CAI37708-37709; CAI38287-38288; CAI38097-38098; CAI38274-38275; CAI38273;CAI14752-14754; CAI15106-15107; CAI38472-38474 | STIP [DE 131.] | |
| | | 98 | | Computer Sciences Corporation Program: Executive Jet Services Program Subcontractor Cost Summary reviewed by Barry Mukamal (CSC0032- CSC0033) | Business Records Stipulation in Feigin Deposition | |
| | | 99 | | Computer Sciences Corporation Program: Executive Jet Services Program Subcontractor Cost Summary reviewed by Barry Mukamal (CSC0056- CSC0057) | Business Records Stipulation in Feigin Deposition | |
| 11/8/10 | 11/8/10 | 100 | Stipulation | Capital Aviation's Invoices to CSC (reviewed by Barry Mukamal) | Business Records Stipulation in Feigin Deposition | |
| | | 133 | | Vision Bank Records for all four phases of the Airbridge program (CITIBANK) | STIP [DE 131.] | |
| | | 134 | | E-Mail dated November 26, 2006 to Brian Daggett from David Meers re: Billing | STIP [DE 131.] | |
| | | 135 | | Executive Aviation Services Phase 2 FFP (July 12,2006) (CSC0022-CSC0038) | STIP [DE 131.] | |
| | | | | Executive Aviation Services Phase 3 Final (CSC0039-CSC0059) | STIP [DE 131.] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 138 | | | | |
| | | | | Vision Air Bridge Program Invoices produced by Computer Sciences Corporation | Business Records Stipulation in Feigin Deposition | |
| | | 139 | | | | |
| | | | | Capital Aviation's Air bridge Program Invoices Produced by Computer Sciences Corporation | Business Records Stipulation in Feigin Deposition | |
| | | 140 | | | | |
| | | | | Vision Airlines Invoices reviewed by Barry Mukamal | STIP [DE 131.] | |
| | | 141 | | | | |
| | | | | Vision Bank Records for all four phases of the Airbridge program (Bank of America) | | |
| | | 142 | | | | |
| | | | | Employee Check View Summary Report for the period from 8/1/07 though 7/2/10 (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| | | 143 | | | | |
| | | | | Bi monthly payroll spreadsheets for each bi monthly period from 7/16/07 through 12/31/07 (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| 11/8/10 | 11/8/10 | 144 | Stipulated | | | |
| | | | | Vision Bank Records for all four phases of the Airbridge program (International Bank of Commerce) | Busines Records exception | |
| | | 145 | | | | |
| | | | | Bi monthly Payroll Breakdowns 2009 (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| | | 146 | | | | |
| | | | | IAD Pilot & FA Payroll Dec 2009 - May 2010 (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| | | 147 | | | | |
| | | | | Colonial Bank Wire Transfer Receipts (reviewed by Barry Mukamal) (SUPP314) | STIP [DE 131.] | |
| | | 148 | | | | |
| | | | | Vision Airlines Invoices stamped "Paid" (reviewed by Barry Mukamal) (SUPP316) | STIP [DE 131.] | |
| | | 149 | | | | |
| | | | | Compilation of Flight Deck and Cabin Crew Billing Phases II and III (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| | | 150 | | | | |
| | | | | Compilation Flight Log and Payroll Spreadsheets Phase II and III (reviewed by Barry Mukamal) | STIP [DE 131.] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 151 | | Compilation of rotations and total billings in Phase II (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| | | 152 | | Composite exhibit: Vision Flight Logs (reviewed by Barry Mukamal) | STIP [DE 131.] | |
| | | 153 | | Payroll Documents and Supporting Details (reviewed by Barry Mukamal) (HEST0038510-HEST0041220) | STIP [DE 131.] | |
| | | 154 | | Vision Airlines, Inc. Invoices billed to Capital Aviation (reviewed by Barry Mukamal) (SUPP269-SUPP293) | STIP [DE 131.] | |
| | | 155 | | PCII Trooper Aircraft Quote | STIP [DE 131.] Business Records | |
| | | 156 | | McNeil Phase IV Air Bridge Program Invoices | STIP [DE 131.] | |
| 11/8/10 | 11/8/10 | 157 | Stipulated | Cost Combined Detail | | |
| 11/8/10 | 11/8/10 | 158 | Stipulated | Unredacted McNeil Invoices | | |
| | | 159 | | Vision Payroll Records with ADP Support | | |
| | | 160 | | Vision Renewed Financial Statement | | |
| | | 161 | | Flight Logs (Feb.2010 - July 31, 2010) | | |
| | | 162 | | Vision Airlines Phase III Air Bridge Invoice dated July 16, 2006 | | |