# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff(s), | )    2:09-cv-117-RLH-RJJ |
| vs. | )<br>) |
| VISION AIRLINES, INC., | )<br>) |
| Defendant(s). | )<br>) |

## JUDGMENT ON A JURY VERDICT

This action was tried, with respect to damages, by a jury on November 8-9, 2010, with Chief Judge Roger L. Hunt presiding. Pursuant to the jury verdict,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

The Plaintiff Gerald Hester and those similarly situated recover from the Defendant Vision Airlines, Inc. The amount of $4,509,268.00, with prejudgment interest in the amount of $746,231.91, for a total sum of $5,255,499.91, with post-judgment interest thereon at the applicable rate.

The Court reserves jurisdiction on the claim for declaratory relief .

DATED:   January 26, 2011.

_____
Roger L. Hunt
Chief United States District Judge