**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEVADA**

CASE NO.: 2:09-CV-00117-RLH-RJJ

GERALD HESTER, on behalf of himself )
and all others similarly situated, )
)
        Plaintiff, )
)
v. )   2:09-cv-117-RLH-RJJ
)
)
VISION AIRLINES, INC., )
)
        Defendant )
_____)

### FINAL JUDGMENT ON A JURY VERDICT

This action was tried, with respect to damages, by a jury on November 8-9, 2010, with Chief Judge Roger L. Hunt presiding. Pursuant to the jury verdict,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

The Plaintiff Gerald Hester and those similarly situated recover from the Defendant Vision Airlines, Inc. The amount of $4,509,268.00, with prejudgment interest in the amount of $746,231.91, and taxed costs in the amount of $14,730.15, for a total sum of $5,270,230.06, with post-judgment interest thereon at the applicable rate, to run from January 26, 2011. The Court hereby vacates its prior judgment [D.E. 250].

The Court reserves jurisdiction with regard to the Class' *Motion for Payment of Attorneys' Fees and Expenses for Vision Airlines, Inc.'s Sanctioned Conduct for Violating the Court's Discovery Orders* [D.E. 256], and *Motion for Attorneys' Fees* [D.E. 257].

DATED:     February 22, 2011.

                                                                    _____
                                                                    Roger L. Hunt
                                                                    Chief United States District Judge