# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GERALD HESTER, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

VISION AIRLINES, INC.,

    Defendant(s).

2:09-cv-0117-RLH-RJJ

**O R D E R**
(Motion to Stay Judgment–#253)

   Before the Court is Defendant Vision Airlines' Motion to Stay Execution of Judgment (#253, filed February 2, 2011). The Motion was brought on the grounds that all the issues had not been resolved, the issue of declaratory relief remaining. Since that time, the parties have stipulated that Plaintiff Class withdraw its request for injunctive and declaratory relief, final judgment be entered and that this motion is moot.

   Accordingly, and for good cause appearing, IT IS HEREBY ORDERED that Defendant Vision Airlines' Motion to Stay Execution of Judgment (#253) is denied as moot.

   Dated: March 14, 2011.

_____
Roger L. Hunt
Chief United States District Judge

1