UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>Defendant. | CASE NO.: **2:09-CV-00117-RLH-RJJ**<br><br>**ORDER** |

Before the Court is Defendant Vision Airlines, Inc. Unopposed Motion to Stay Enforcement of the Monetary Judgment Pending Appeal and for Approval of Supersedeas Bond (Docket No. 285). That Motion is hereby GRANTED. Pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, the supersedeas bond attached as Exhibit A to the Motion is approved and enforcement of the monetary judgment in this case (Docket No. 264) is stayed pending appeal.

SO ORDERED this 21st day of April, 2011.

_____
CHIEF U.S. DISTRICT JUDGE

Prepared By:

*/s/   Edward H. Wasmuth, Jr., Esq.*
Edward H. Wasmuth, Jr.
Georgia Bar No. 739636
1230 Peachtree Street, N.E.
Suite 3100, Promenade II
Atlanta, Georgia  30309
(404) 815-3503
Attorney for Defendant

1

SGR\8864944.1