# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>VISION AIRLINES, INC.,<br><br>        Defendant. | Case No.: 2:09-cv-00117-RLH-RJJ<br><br>**O R D E R**<br><br>(Motion for Leave to Withdraw as Attorney of Record – #298) |

      Before the Court is Harold P. Gewerter's **Motion for Leave to Withdraw as Attorney of Record for Defendant Vision Airlines, Inc.** ("Vision") (#298, filed October 10, 2012 ).  Mr. Gerwerter seeks to withdraw as counsel of record for Vision because of disagreements with his client over timely production of documents, misrepresentations made to him by his client, and lack of meaningful involvement during the appeal. Mr. Gerwerter's Motion to Withdraw is granted.

**CONCLUSION**

      Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Mr. Gerwerter's Motion for Leave to Withdraw as Attorney of Record for Defendant Vision Airlines, Inc. (#298) is GRANTED.

IT IS FURTHER ORDERED that Mr. Gerwerter shall file with the Court a certification that he has notified Defendants of his Motion to Withdraw and this Court's decision granting the Motion.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this Order on Vision Airlines at:

> Vision Airlines, Inc.
> C/O Gary Acquavella
> 2705 Airport Drive
> North Las Vegas, Nevada 89032

IT IS FURTHER ORDERED that the corporate Defendant Vision Airlines shall have thirty (30) days to retain local counsel who shall file a notice of appearance in accordance with the Local Rules of Practice. Failure to comply with this order may result in sanctions.

Dated: October 15, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**