UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GERALD HESTER,
on behalf of himself and
all others similarly situated,

    Plaintiff,

vs.                                                                         CASE NO.: 2:09-cv-00117-RLH-NJK

VISION AIRLINES, INC.,

    Defendant.
_____/

## ORDER GRANTING THE CLASS' UNOPPOSED MOTION TO FILE SUPPLEMENT UNDER SEAL

THIS CAUSE came before the Court upon the Class' Unopposed Motion to File Under Seal the Class' Supplement in Support of its Second Motion for Sanctions. Upon review of the Motion, and the Court being otherwise fully informed in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

This order shall remain in effect until further order of this Court.

**DONE AND ORDERED** in Chambers, at Las Vegas, Clark County, Nevada, this 10th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record