**Ross C. Goodman, Esq., Nevada State Bar No. 7722**
**GOODMAN LAW GROUP**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-5088
(702) 385-5088 (Facsimile)

**David M. Buckner, Florida State Bar. No. 60550**
**Brett E. von Borke, Esq., Florida State Bar No. 44802**
**GROSSMAN ROTH, P.A.**
2525 Ponce de Leon, Suite 1150
Miami, Florida 33134
(305) 442-8666
(305) 285-1668 (Facsimile)

**Kenneth R. Hartmann Esq., Florida State Bar No. 664286**
**KOZYAK TROPIN & THROCKMORTON, PA**
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800
(305) 372-3508 (Facsimile)

**ATTORNEYS FOR PLAINTIFF & THE CLASS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISION AIRLINES, INC.,<br><br>Defendant. | Case No.: 2:09-CV-00117-RLH-RJJ |

**THE CLASS' REPLY IN SUPPORT OF ITS MOTION TO COMPEL IN AID OF EXECUTION OF JUDGMENT DISCOVERY AND INCORPORATED MEMORANDUM OF LAW**

Vision Airlines, Inc. ("Vision") is once again flaunting the Court's Local Rules and the Federal Rules of Civil Procedure and preventing the Class from obtaining the discovery necessary to allow the Class to collect on the $1,811,251 judgment ("Second Judgment") entered by this Court on September 6, 2013. [D.E. 343, 344]. After the Court entered the Second Judgment, the Class served Vision with interrogatories and document requests in aid of

1

execution of the Second Judgment ("In Aid of Execution Discovery").  Vision's responses to the In Aid of Execution Discovery were due on or before November 18, 2013.  Despite its obligations, Vision never provided responses to the In Aid of Execution Discovery.  The Class moved to compel Vision to produce all documents responsive to the In Aid of Execution Discovery on December 5, 2013, arguing that Vision had waived any objection by failing to respond.  [D.E. 354].  Pursuant to the Federal Rules, Vision's Response to the Class' Motion to Compel in Aid of Execution of Judgment Discovery ("Motion to Compel") was due on or before December 23, 2013.  Despite being sanctioned twice by this Court for its rampant discovery violations, Vision has failed to respond to the Class' Motion to Compel in an effort to once again prevent the Class from obtaining the documents necessary to collect on the Second Judgment.  Vision's intransigence must end and it must be once again ordered to comply with the Federal Rules.  Accordingly, the Class respectfully requests that the Court grant the Class' Motion to Compel, hold that Vision has waived any objections it may have had to the In Aid of Execution Discovery, and require Vision to produce all responsive documents by a date certain.

                                                    Respectfully submitted,

                                                    GROSSMAN ROTH, P.A.
                                                    2525 Ponce de Leon, Ste. 1150
                                                    Coral Gables, Florida 33134
                                                Telephone: (305) 442-8666

                                                By: /s/ David M. Buckner
                                                      David M. Buckner
                                                      Florida Bar No. 60550
                                                      Brett E. von Borke
                                                      Florida Bar. No. 0044802

**COUNSEL FOR PLAINTIFF AND THE CLASS**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via the Court's CM/ECF system on January 2, 2014.

By: /s/ David M. Buckner
David M. Buckner

*Goodman Law Group*
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088