James A. Kohl, Esq.
NV Bar No. 5692
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy.
Suite 1000
Las Vegas, NV 89169
v. 702.257.1483
f. 702.567.1568
jak@h2law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>VISION AIRLINES, INC.,<br><br>        Defendant. | CASE NO.: **2:09-CV-00117-RLH-RJJ**<br><br>**DEFENDANT VISION AIRLINES' RESPONSE TO PLAINTIFFS PREMATURELY FILED MOTION TO COMPEL** |

Defendant, Vision Airlines, Inc., by and through its counsel, James A. Kohl, Esq., of the law firm Howard & Howard Attorneys PLLC, files this Response to Motion for Sanctions. This Response is based on the Points and Authorities attached hereto together

. . . .

. . . .

. . . .

. . . .

. . . .

*Howard & Howard Attorneys, PLLC*
*3800 Howard Hughes Pkwy., Suite 1000*
*Las Vegas, NV 89169*
*(702) 257-1483*

with the Papers and Pleadings on file herein and any oral argument received by the Court.

Dated this 28th day of January, 2014.

**Howard & Howard Attorneys PLLC**

/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No. 5692
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone:  (702) 257-1483
E-Mail Address: jak@h2law.com

## POINTS AND AUTHORITIES

### I.   INTRODUCTION

In Plaintiffs' rush to the Court rehashing old arguments against Vision they forgot two things.  First, they miscalendared the date for Vision to respond.  Second, Plaintiffs failed to have a meet and confer to discuss Vision's responses.  Accordingly, the Court should deny Plaintiffs' motion with prejudice.

### A.   Meet and Confer Requirement Helps the Court by Eliminating Unnecessary Motions

The Federal Rules of Civil Procedure require parties to meet and confer prior to filing a motion to compel.  *See* F.R.C.P. 26 (c) (protective orders).   The meet-and-confer requirement is designed to encourage the parties to work out their differences informally so as to avoid the necessity for a motion and formal court order.  The rule contemplates parties are conferring to reach a mutually acceptable solution to the problem.  *Hunter v. Moran*, 128 F.R.D. 115 (D. Nev. 1989).  When parties reach their own agreements they reduce the burden on the court and expenses for the litigants. *Nevada Power Co. v. Monsanto Co.*, 151 F.R.D. 118 (D.Nev 1993). *Halas v. Consumer Services, Inc.*, 16 F.3d 161 (7th Cir. 1994); *First*

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

*Savings Bank, F.S.B. v. First Bank Sys.*, 902 F.Supp. 1356 (D. Kan. 1995). The meet and confer requirement furthers the mandate of N.R.C.P. 1 to secure the just, speedy and inexpensive determination of every action. *Shuffle Master v. Progressive Games*, 170 F.R.D. 166 (D.Nev. 1996).

**B.**   **The Meet and Confer Rule Requires Good Faith Efforts to Resolve the Dispute**

The meet-and-confer rule requires the parties to make a good faith effort to resolve the dispute, without regard to technical interpretation of the language of the particular discovery request, determine what the requesting party is actually seeking and what specific genuine issues, if any, cannot be resolved prior to seeking judicial intervention. *Tri-Star Pictures v. Unger*, 171 F.R.D. 94 (S. D. N. Y. 1997). During the informal negotiations, the parties must present to each other the merits of their respective positions with the same candor, specificity and support, as they do when presenting their position to the Commissioner. "Only after all the cards have been laid on the table, and a party has meaningfully assessed the relative strengths and weaknesses of its position in light of all available information, can there be a 'sincere effort' to resolve the matter." *Nevada Power Co. v. Monsanto Co., supra*, at 120; *Prescient Partners, L.P. v. Fieldcrest Cannon*, 1998 U.S.Dist. Lexis 1826 (S.D.N.Y. 1998).

**C.**   **To File a Discovery Motion, the Party Seeking Relief must File a Detailed Affidavit Demonstrating Their Good Faith Attempt to Resolve the Dispute**

In order to satisfy the requirements of LR 26(7)(b) the movant must detail in an affidavit the essential facts sufficiently to enable the Magistrate Judge to pass preliminary judgment on the adequacy and sincerity of the good faith discussion between the parties. It must include the name of the parties who conferred tor attempted to confer, the conference should be between the attorneys/parties - not delegated to secretaries or paralegals the manner

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

in which they communicated, the dispute at issue, as well as the dates, times and results of the discussions, if any, and why negotiations proved fruitless. *Shuffle Master,* 170 F.R.D. 166.

The above steps in the conferment process must not only be done, but also be done in good faith; i.e., did the parties discuss the propriety of the asserted objections?  Did they determine precisely what the requesting party was seeking and what information the responding party should reasonably supply?  Did they converse, compare views and deliberate as to a solution?  *Contracom Commodity Trading Co. v. Seaboard Corp.*, 189 F.R.D. 456 (D.Kan. 1999); *Deckon v. Chidebere*, 1994 U.S. Dist. Lexis 12778 (S.D.N.Y. 1994).

D.   **Good Faith Requires Meaningful Discussion of the Dispute**

Good faith is tested, not just by the quantity of contacts, but the quality as well; further, it is adjudged according to the nature of the dispute and the reasonableness of the positions held by the respective parties, as well as any suggested compromise of those positions.  The keys are honesty in one's purpose to meaningfully discuss the discovery dispute, freedom from intention to defraud or abuse the discovery process and faithfulness to one's obligation to secure information without court action.  *Contracom Commodity Trading Co. v. Seaboard Corp., supra; Prescient Partners, L.P. v. Fieldcrest Cannon, supra.*

E.   **Failure to Comply with the Meet and Confer Requirements Results in the Denial of the Motion**

Failure to comply with the meet and confer requirement will often mean a denial of the discovery motion under ordinary circumstances. *See, e.g., Schick v. Fragin*, 1997 Bankr. Lexis 1250 (Bankr, S.D.N.Y. 1997); *Tri-Star Pictures v. Unger; supra.*  The Court does have the discretion to consider a non-conforming motion on its merits.  It will do so if the time for filing another motion has passed, compromise is unlikely, the responding party has opposed on the merits and movant would be unduly prejudiced by not receiving a ruling on the merits.

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

1    *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295 (D.Kan. 1996); *Prescient*

2  *Partners, L.P. v. Fieldcrest Cannon, Inc., supra; Reidy v. Runyon*, 169 F.R.D. 486 (E.D.N.Y.

3  1997).   However, it is more likely the motion would be stricken, *Dewitt v. Penn-Del Directory*

4  *Corp., supra; Townsend v. Superior Ct., supra*; sanctions would be imposed, *Alexander v.*

5  *FBI, supra*; or the parties sent back for a meaningful meet-and-confer, *Doe v. National*

6

7  *Hemophilia Foundation*, 194 F.R.D. 516 (D. Md. 2000); *Nevada Power v. Monsanto, supra*.

8        F.    **Plaintiffs Did Not Make a Good Faith Effort to Resolve this Dispute**

9        In the instant case there was no discussion of the merits of respective positions, nor

10  any sincere effort to analyze the strengths and weaknesses of each party's position because

11

12  the Motion was filed before Plaintiffs reviewed Visions' productions.   The personal

13  consultation required of the parties is supposed to be a substitute for and not merely a

14  formalistic prerequisite to judicial resolution. *Shuffle Master v. Progressive Gaming, supra;*

15  *Nevada Power v. Monsanto, supra*.   Defendants did not file an affidavit stating what their

16

17  efforts were to meet and confer because they made none.   Plaintiffs made no real effort to

18  "meet and confer" rather, they filed their motion before looking in the mail to review Visions

19  responses.   Because Defendants did not make any serious effort to meet and confer, the Court

20  should deny the present motion to compel.

21

22        G.    **Plaintiffs' Motion was Filed Prematurely**

23        Plaintiff moved this Court to sanction Vision based on Vision's alleged failure to

24  provide it with discovery responses.   On January 20, 2014 Vision served Plaintiffs with

25  financial and tax records that were responsive to the discovery requests.   See UPS tracking

26  certificates for Florida Counsel attached as Exhibit 1 and Certificate of Mailing for local

27

28  counsel attached as Exhibit 2.   In their discovery, Plaintiffs sought Vision's bank records, real

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

1  estate records and title to vehicles (planes and automobiles).  Vision produced its account

2  information.    The   documents   were   stamped   as   bates   stamps   VisionHH009067-

3  VisionHH011095.  The documents were served on Local Counsel via us mail and to Florida

4  Counsel via courier on January 20, 2014.  Fed. R. Civ. Pro. 6(a)(1)(C) states that time periods

5  "include the last day of the period"  Accordingly, the Class's motion is factually incorrect and

6  filed prematurely.  Thus the Motion should be dismissed with prejudice.  Moreover, Vision

7  supplemented the production by providing copies of the titles to the vehicles on the 21st.  See

8  Exhibit 3.  Vision does not own real property nor does it own any airplanes, thus there were

9  no documents that were responsive to those requests.  Finally, Vision has identified the

10  contract that it currently receives revenue from.  However, that contract and its proceeds are

11  subject to the blanket lien of the International Bank of Commerce.

H.   **Conclusion**

Plaintiffs filed the Motion prematurely, failed to meet and confer and failed to

inform the Court that Vision has in fact provided it with the financial records that they were

seeking.  Accordingly, the Motion should be denied with prejudice.

**Howard & Howard Attorneys PLLC**

/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No. 5692
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone:  (702) 257-1483
E-Mail Address: jak@h2law.com

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 28ᵗʰ day of January, 2014, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Brett von Borke
Kenneth Ralph Hartmann
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
Coral Gables, FL 33134
Email: bvb@kttlaw.com
Email: krh@kttlaw.com

Ross C Goodman
Goodman Law Group
520 S Fourth Street
2nd Floor
Las Vegas, NV 89101
Email: ross@goodmanlawgroup.com

David M. Buckner
Grossman Roth, P.A.
2525 Ponce De Leon Blvd., Suite 1150
Coral Gables, FL 33134
Email: dbu@grossmanroth.com

/s/ Stephanie T. George
An employee of Howard & Howard Attorneys PLLC

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

2440165-v1

# EXHIBIT 1



## Track Shipments



**Tracking Summary**      Printer Friendly   | Help

| | |
|---|---|
| **Tracking Number:** | 1Z 6EA 001 13 9064 965 2 |
| | →View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/21/2014 |
| | 12:03 P.M. |
| Delivered To: | CORAL GABLES, FL, US |
| Signed By: | CORTES |
| Service: | NEXT DAY AIR SAVER |
| **Tracking Number:** | 1Z 6EA 001 13 9018 184 4 |
| | →View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/21/2014 |
| | 11:54 A.M. |
| Delivered To: | CORAL GABLES, FL, US |
| Signed By: | MARTINEZ |
| Service: | NEXT DAY AIR SAVER |

Tracking results provided by UPS: 01/27/2014 12:00 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

←Back to Shipping History

Shipping | Resources | My Settings [+] Feedback ↵

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions





**5** Printing Preferences (for View/Print Receipt)

☐ Use my UPS thermal printer to print receipts

«Back To Shipping History    View/Print Receipt

Note: Your invoice may vary from the displayed reference rates.

If you require additional information, select **Contact UPS** below.

Company Support:    248-723-0489    oce@howardandhoward.com

Administrator Lookup

Shipping  | Resources  | My Settings  [+] Feedback

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice  | Trademarks  | UPS Tariff/Terms and Conditions



**Track Shipments**

| Tracking Detail | Printer Friendly  ⬛ | Help ▣ |
| --- | --- |

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
| --- | --- |
| Tracking Number: | 1Z 6EA 001 13 9018 184 4 |
| Type: | Package |
| Status: | Delivered ▣  Proof of Delivery ▣ |
| Delivered On: | 01/21/2014 11:54 A.M. |
| Signed By: | MARTINEZ |
| Location: | MAIL ROOM |
| Delivered To: | 2525 PONCE DE LEON BLVD 1150 CORAL GABLES, FL, US  33134 |
| Shipped/Billed On: | 01/20/2014 |
| Reference Number(s): | 108527-00001, KOHL |
| Service: | NEXT DAY AIR SAVER |
| Weight: | .50 Lb |

**Package Progress**

| Location | Date | Local Time | Description |
| --- | --- | --- | --- |
| MIAMI, FL, US | 01/21/2014 | 11:54 A.M. | Delivered |
| | 01/21/2014 | 7:53 A.M. | Destination Scan |
| | 01/21/2014 | 6:34 A.M. | Arrival Scan |
| | 01/21/2014 | 6:34 A.M. | Late airplane. |
| LOUISVILLE, KY, US | 01/21/2014 | 4:13 A.M. | Departure Scan |
| | 01/21/2014 | 1:23 A.M. | Arrival Scan |
| LAS VEGAS, NV, US | 01/20/2014 | 7:05 P.M. | Departure Scan |
| | 01/20/2014 | 6:43 P.M. | Arrival Scan |
| | 01/20/2014 | 6:30 P.M. | Departure Scan |
| | 01/20/2014 | 5:31 P.M. | Origin Scan |
| | 01/20/2014 | 4:58 P.M. | Pickup Scan |
| US | 01/20/2014 | 7:24 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 01/27/2014 12:02 P.M. ET

Printer Friendly ▣

**Get Notified: Quantum View Notify**[SM]
E-mail this page to up to three recipients.

**E-mail:**

| | **Country and Language:** |
|---|---|
| sgeorge@howardandhowa | United States - English |
| | United States - English |
| | United States - English |

**Personal E-mail Message:**

(maximum 150 characters)

Send →

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings | Feedback [+] ⌐

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions



Case 2:09-cv-00117-RLH-NJK   Document 360   Filed 01/28/14   Page 15 of 21



**5** Printing Preferences (for View/Print Receipt)

☐ Use my UPS thermal printer to print receipts

«Back To Shipping History    View/Print Receipt

Note: Your invoice may vary from the displayed reference rates.

If you require additional information, select **Contact UPS** below.

Company Support:   248-723-0489   oce@howardandhoward.com

Administrator Lookup

Shipping | Resources | My Settings [+] Feedback

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions



**Welcome, Stephanie George** | Logout

My Settings

## Track Shipments

| Tracking Detail | Printer Friendly    | Help |

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 6EA 001 13 9064 965 2 |
| Type: | Package |
| Status: | **Delivered**   Proof of Delivery |
| Delivered On: | 01/21/2014 12:03 P.M. |
| Signed By: | CORTES |
| Location: | MAIL ROOM |
| Delivered To: | 2525 PONCE DE LEON BLVD 9 CORAL GABLES, FL, US 33134 |
| Shipped/Billed On: | 01/20/2014 |
| Reference Number(s): | 108527-00001, KOHL |
| Service: | NEXT DAY AIR SAVER |
| Weight: | .50 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| MIAMI, FL, US | 01/21/2014 | 12:03 P.M. | Delivered |
| | 01/21/2014 | 7:53 A.M. | Destination Scan |
| | 01/21/2014 | 6:34 A.M. | Arrival Scan |
| | 01/21/2014 | 6:34 A.M. | Late airplane. |
| LOUISVILLE, KY, US | 01/21/2014 | 4:13 A.M. | Departure Scan |
| | 01/21/2014 | 1:23 A.M. | Arrival Scan |
| LAS VEGAS, NV, US | 01/20/2014 | 7:05 P.M. | Departure Scan |
| | 01/20/2014 | 6:43 P.M. | Arrival Scan |
| | 01/20/2014 | 6:30 P.M. | Departure Scan |
| | 01/20/2014 | 5:31 P.M. | Origin Scan |
| | 01/20/2014 | 4:58 P.M. | Pickup Scan |
| US | 01/20/2014 | 7:25 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 01/27/2014 12:01 P.M. ET

Printer Friendly

**Get Notified: Quantum View Notify**[SM]
E-mail this page to up to three recipients.

**E-mail:**

sgeorge@howardandhowar

**Country and Language:**

United States - English

United States - English

United States - English

**Personal E-mail Message:**

(maximum 150 characters)

Send →

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings [+] Feedback ⌐

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions

# EXHIBIT 2

**PROOF OF SERVICE**

I, Stephanie T. George, declare:

I am a citizen of the United States and employed in Las Vegas, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169. On January 20, 2014, I served a copy of the within document(s): **DEFENDANT'S SUPPLEMENTAL TO FRCP 26(a)(1) INITIAL DISCLOSURES**

    X        by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

    XX       by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a United Parcel Service agent for overnight delivery.

| | |
|---|---|
| Brett von Borke, Esq.<br>David M. Buckner, Esq.<br>Grossman Roth, P.A.<br>2525 Ponce De Leon Blvd., Suite 1150<br>Coral Gables, FL 33134 | Kenneth R. Hartmann, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Blvd.,<br>Coral Gables, FL 33134 |
| Ross C. Goodman, Esq,<br>Goodman Law Group<br>520 S Fourth Street<br>2nd Floor<br>Las Vegas, NV 89101 | |

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on January 20, 2014, at Las Vegas, Nevada.

*Stephanie T. George*

Stephanie T. George

Howard & Howard Attorneys, PLLC<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>(702) 257-1483

230505

Page 3 of 3

# EXHIBIT 3

**PROOF OF SERVICE**

I, Stephanie T. George, declare:

I am a citizen of the United States and employed in Las Vegas, Nevada.  I am over the

age of eighteen years and not a party to the within-entitled action.  My business address is

3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169.  On January 23, 2014,

I served a copy of the within document(s):  **DEFENDANT'S SUPPLEMENTAL TO FRCP**

**26(a)(1) INITIAL DISCLOSURES**

X       by placing the document(s) listed above in a sealed envelope with postage
        thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed
        as set forth below.

        by placing the document(s) listed above in a sealed envelope and affixing a pre-
        paid air bill, and causing the envelope to be delivered to a United Parcel Service
        agent for overnight delivery.

| | |
|---|---|
| Brett von Borke, Esq.<br>David M. Buckner, Esq.<br>Grossman Roth, P.A.<br>2525 Ponce De Leon Blvd., Suite 1150<br>Coral Gables, FL 33134 | Kenneth R. Hartmann, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Blvd.,<br>Coral Gables, FL 33134 |
| Ross C. Goodman, Esq,<br>Goodman Law Group<br>520 S Fourth Street<br>2nd Floor<br>Las Vegas, NV 89101 | |

I declare under penalty of perjury under the laws of the State of Nevada that the above

is true and correct.

Executed on January 23, 2014, at Las Vegas, Nevada.


Stephanie T. George

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

2481503