James A. Kohl, Esq.
NV Bar No. 5692
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy.
Suite 1000
Las Vegas, NV 89169
v. 702.257.1483
f. 702.567.1568
jak@h2law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD HESTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISION AIRLINES, INC.,<br><br>Defendant. | CASE NO.: **2:09-CV-00117-RLH-RJJ**<br><br>**DEFENDANT VISION AIRLINES' SUPPLEMENTAL RESPONSE TO PLAINTIFFS MOTION FOR SANCTIONS** |

Defendant, Vision Airlines, Inc., by and through its counsel, James A. Kohl, Esq., of the law firm Howard & Howard Attorneys PLLC, files this Supplemental Response to Motion for Sanctions. This Response is based on the Points and Authorities attached hereto

. . . .

. . . .

. . . .

. . . .

. . . .

2440165-v1

Page 1 of 4

Together with the Papers and Pleadings on file herein and any oral argument received by the Court.

Dated this 11th day of February, 2014.

**Howard & Howard Attorneys PLLC**

/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No. 5692
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
E-Mail Address: jak@h2law.com

## POINTS AND AUTHORITIES

### A.    Vision does Not Own Any Aircraft

As set forth in the Opposition, Vision never owned any aircraft. The Plaintiffs presented the Court with printouts that allegedly showed that Vision owned two aircraft N4227BV and N745VA. They were in fact the same plane bearing the serial number 24271 which was leased to Vision by Wells Fargo Bank, NA until such time as it was repossessed. A copy of the lease is attached as Exhibit 1 and the demands for repossession are attached as Exhibit 2. As the Court can see, the Serial number of the plane is the same on the Lease and the default notices. The registration number changed to a Vision number during the time Vision had possession of the aircraft. It is clear from the Lease, Vision was never the owner of the aircraft. In fact, the lease required Vision to affix badges to the airplane stating:

> "THIS AIRCRAFT WITH MANUFACTURER'S SERIAL NUMBER 24271 IS OWNED BY WELLS FARGO BANK NORTHWEST, N.A.
> OWNER'S ADDRESS: 299 SOUTH MAIN STREET, 12TH FLOOR, SALT LAKE CITY, UTAH
> TEL: 801-246-5630

FAX: 801-246-5053"

See Lease Section 14.  Vision did not and does not own any aircraft.  Any claims by the Plaintiffs to the Contrary are false.

**Howard & Howard Attorneys PLLC**

/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No. 5692
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone:  (702) 257-1483
E-Mail Address: jak@h2law.com

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 11th day of February, 2014, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Brett von Borke
Kenneth Ralph Hartmann
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
Coral Gables, FL 33134
Email: bvb@kttlaw.com
Email: krh@kttlaw.com

Ross C Goodman
Goodman Law Group
520 S Fourth Street
2nd Floor
Las Vegas, NV 89101
Email: ross@goodmanlawgroup.com

David M. Buckner
Grossman Roth, P.A.
2525 Ponce De Leon Blvd., Suite 1150
Coral Gables, FL 33134
Email: dbu@grossmanroth.com

/s/ Stephanie T. George
An employee of Howard & Howard Attorneys PLLC