# EXHIBIT A

```
                                                              525

 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEVADA
 2
                 CASE NO. 2:09-CV-00117-RLH-RJJ
 3

 4

 5   GERALD HESTER, on behalf of himself
     and all others similarly situated,
 6
                    Plaintiff,
 7   vs.
     VISION AIRLINES, INC.
 8
 9          Defendant.
10   - - - - - - - - - - - - - - - - - x
11
12
                              2525 Ponce de Leon Boulevard
13                            Suite 900
                              Coral Gables, Florida
14                            Thursday, March 18, 2010
                              9:41 a.m. - 12:19 p.m.
15
16
17      VIDEOTAPED DEPOSITION OF VISION AIRLINES, INC.
18         30(b)(6) REPRESENTATIVE WILLIAM ACOR
19
                  (Volume 3 - Pages 525 to 636)
20
21
22        Taken before Sherilynn V. McKay, RMR, CRR, a
23   Notary Public for the State of Florida at Large,
24   pursuant to Notice of Taking Deposition filed in the
25   above-styled cause.
```

```
                                                              612
 1      Q    For the 737?
 2      A    Yes.
 3      Q    Okay.  And forgive me.  You may have said this
 4 already.  Is that aircraft still in Vision's possession?
 5      A    Yes.  It's actually overseas now, but we have
 6 it.
 7      Q    Okay.  I guess I should have asked you that.
 8 The three 737s that Vision operated the Air Bridge with,
 9 were those aircraft all owned by Vision or were any of
10 them leased?
11      A    They were leased, basically.  Then we purchased
12 them.
13      Q    Okay.  Oh, so does Vision own those three
14 aircraft now?
15      A    We own two of them.
16      Q    How about the 767s that Vision uses to operate
17 the Air Bridge today?  Are those aircraft leased or
18 owned by Vision?
19      A    We own them.
20      Q    I'm trying to place this letter in time.  Is
21 this before the first plight by Vision personnel to
22 Iraq?
23      A    Yes.
24      Q    Okay.  Did you authorize Mr. Jensen to send
25 this letter out to the crew?
```